UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MILORAD RAICEVIC, | § |
| Plaintiff, | § CIVIL ACTION NO.: 3:15-cv-327 |
| *Versus* | § |
| WOOD GROUP PSN, INC., *ET AL.*, | § TRIAL BY JURY DEMANDED |
| Defendants. | § |

### NOTICE OF APPEARANCE

Please take notice that Adam R. Diamond hereby appears in this case on behalf of Defendant Wood Group PSN, Inc.

Respectfully submitted,

**JOHNSON DELUCA KURISKY & GOULD, P.C.**

By:  */s/ Bradley L. DeLuca*
Bradley L. DeLuca
Attorney-in-charge
State Bar No. 05653800
4 Houston Center
1221 Lamar Suite 1000
Houston, Texas 77010
Telephone: (713) 652-2525
Facsimile: (713) 652-5130
Email: bdeluca@jdkglaw.com

Of Counsel:

**JOHNSON DELUCA KURISKY & GOULD, P.C.**

Brigid D. Ashcraft
bashcraft@jdkglaw.com
State Bar No. 01372450
Adam R. Diamond
adiamond@jdkglaw.com
State Bar No. 24092344

4 Houston Center
1221 Lamar Suite 1000
Houston, Texas 77010
Telephone: (713) 652-2525
Facsimile: (713) 652-5130

**ATTORNEYS FOR DEFENDANT WOOD GROUP PSN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of August, 2016, a true and correct copy of the above document was forwarded to all parties of record via ECF.

*/s/ Adam R. Diamond*
Adam R. Diamond