# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| Milorad Raicevic | § § | |
| versus | § § | Civil Action 3:15–cv–00327 |
| Wood Group PSN, Inc., et al. | § | |

## NOTICE OF SETTING

A telephonic Motion Hearing is set at the following date and time:

**10/5/2016 at 10:30 AM CST**

Proposed Order – #31
Proposed Order – #32
Motion to Substitute Attorney – #33

Please call the Court's conference line at (409) 766-3734 **ten minutes** prior to the scheduled hearing.

Date: September 27, 2016

David J. Bradley, Clerk