## HEARING MINUTES AND ORDER

Cause No.: 3:15-cv-327
Style: Raicevic v. Wood Group PSN, Inc., *et al*
Hearing Type:  Telephonic Status Conference

Appearances (by telephone):

| **Counsel:** | **Representing:** |
|---|---|
| John Sheppard | Plaintiff |
| | |
| Adam Diamond | Defendant, Wood Group PSN, Inc., |
| Ryan Marlatt, Robert Brown | Defendant, Fieldwood Energy LLC |
| David Deiss | Defendant, Shamrock Management, LLC |
| Hal Broussard | Defendant, Island Operating Company, LLC |

Date: **November 1, 2016**          Court Reporter: Heather Alcazar
Time: **2:00 pm – 2:10 pm**          Relief Case Manager: Chris Krus

At the hearing, the following rulings were made

1.      Status Conference held.

2.      The Court entered the parties amended docket control order.

       SIGNED at Houston, Texas, this 1st day of November, 2016.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge