UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MILORAD RAICEVIC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-327 |
| | § | |
| WOOD GROUP PSN, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

**AGREED AMENDED DOCKET CONTROL ORDER**

The motion for entry of agreed amended docket control order (Dkt. 108) is **GRANTED**. It is therefore ORDERED that the deadlines are amended as follows:

**DEADLINES**

November 30, 2017  JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

December 4, 2017  PARTIES EXCHANGE EXHIBITS The exhibits may be exchanged in paper or electronic format.

December 7, 2017  COUNSEL MEET TO DISCUSS EXHIBITS, MOTION IN LIMINE

December 11, 2107  PARTIES FILE OBJECTIONS TO EXHIBITS

December 14, 2017 at 9:00 a.m.  DOCKET CALL Other than as set out in the Court's Procedure's, no pleadings or documents filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, and further pretrial orders may be issued.

January 4, 2018, 8:30 a.m.  JURY TRIAL, estimated trial time: 5 – 10 days.

Date: November 6, 2017

*George C. Hanks Jr.*
George C. Hanks Jr.,
United States District Judge