James Hadley
July 13, 2017

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

MILORAD RAICEVIC           §
                           §
Plaintiff                  §
                           §
Versus                     §   CIVIL ACTION 3:15-cv-327
                           §
WOOD GROUP PSN, INC.,      §
ET AL.                     §
                           §
Defendants                 §


ORAL AND VIDEOTAPED DEPOSITION OF
JAMES HADLEY
JULY 13, 2017


        ORAL AND VIDEOTAPED DEPOSITION OF JAMES

HADLEY, produced as a witness at the instance of the

Defendant and duly sworn, was taken in the above styled

and numbered cause on Thursday, July 13, 2017, from

10:21 a.m. to 2:48 p.m., before Rene White Moarefi, CSR,

CRR, RPR in and for the State of Texas, reported by

computerized stenotype machine, at the offices of Donato

Minx Brown, PC, 3200 Southwest Freeway, Suite 2300,

Houston, Texas, pursuant to the Federal Rules of Civil

Procedure and any provisions stated on the record

herein.

James Hadley
July 13, 2017

2

```
1                    A P P E A R A N C E S
2
    FOR THE PLAINTIFF:
3        JOHN D. SHEPPARD, ESQ.
         MORROW & SHEPPARD, LLP
4        3701 Kirby Drive, Suite 840
         Houston, Texas  77098
5        Tel:  713.489.1206
         jsheppard@morrowsheppard.com
6
    FOR THE DEFENDANT FIELDWOOD ENERGY, LLC:
7        RYAN L. MARLATT, ESQ.
         DONATO, MINX, BROWN & POOL, P.C.
8        3200 Southwest Freeway, Suite 2300
         Houston, Texas  77027
9        Tel:  713.877.1112  Fax:  713.877.1138
         rmarlatt@donatominxbrown.com
10
    FOR THE DEFENDANT WOOD GROUP PSN, INC.:
11       BRIGID D. ASHCRAFT, ESQ.
         JOHNSON DELUCA, KENNEDY & KURISKY
12       1221 Lamar, Suite 1000
         Houston, Texas  77010
13       Tel:  713.652.2525  Fax:  713.652.5130
         bashcraft@jdkglaw.com
14
    FOR THE DEFENDANT SHAMROCK MANAGEMENT, LLC:
15       BRIAN HILLENDAHL, ESQ.
         GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
16       1301 McKinney, Suite 1400
         Houston, Texas  77010
17       Tel:  713.599.0700  Fax:  713.599.0777
         bhillendahl@@gallowayjohnson.com
18
    FOR THE DEFENDANT ISLAND OPERATING COMPANY, LLC
19       HAL J. BROUSSARD, ESQ.
         BROUSSARD & KAY, LLC
20       909 Garber Road
         Broussard, Louisiana  70518
21       Tel:  337.232.1666
         hal@bandkay.com
22
23   Also Present:
         MR. ERIC FONTENOT
24       MR. BRANDON ROJAN - VIDEOGRAPHER
25
```

James Hadley
July 13, 2017

3

I N D E X

PAGE

APPEARANCES................................   2

    JAMES HADLEY

EXAMINATION
    By Mr. J. Sheppard.....................   5
    By Mr. Broussard.......................   155

REPORTER'S CERTIFICATION..................   158

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Photographs; Bates stamped TWG_RAIC 000607 to TWG_RAIC 000608 | 77 |
| Exhibit 2 | Photographs; Bates stamped TWG_RAIC 000609 | 85 |
| Exhibit 3 | Fieldwood Incident Reporting and Safety Tracking; Bates stamped FEW 000001 | 120 |
| Exhibit 4 | Position Description; Bates stamped FEW 001464 to FEW 0011466 | 130 |
| Exhibit 5 | Compressor Report; Bates stamped FEW 005935 to FEW 005948 | 133 |

James Hadley
July 13, 2017

4

1               THE VIDEOGRAPHER:  Going on record

2    10:21 a.m., Thursday, July 13th, 2017, beginning the

3    deposition of James Hadley.

4               Will counsel please state their appearance

5    for the record.

6               MR. J. SHEPPARD:  John Sheppard for the

7    plaintiff.

8               MR. MARLATT:  Ryan Marlatt for Fieldwood.

9               MR. BROUSSARD:  Hal Broussard for Island

10   Operating.

11              MS. ASHCRAFT:  Brigid Ashcraft for Wood

12   Group.

13              MR. BROUSSARD:  Branch Sheppard will be

14   appearing for Shamrock, and he's on his way.  He got held

15   up.

16              MR. J. SHEPPARD:  And my understanding is he

17   told Ms. Ashcraft for us to get started?

18              MS. ASHCRAFT:  That's correct.

19              MR. J. SHEPPARD:  Okay.

20              MR. BROUSSARD:  Yes, he said to get started.

21              MR. J. SHEPPARD:  Okay.

22              (Witness sworn.)

23              MR. J. SHEPPARD:  Do you want something

24   about objections?

25              MS. ASHCRAFT:  You have the mike.

James Hadley
July 13, 2017

5

```
 1              MR. BROUSSARD:  There's an agreement, I

 2  believe, with plaintiff counsel that if one objection is

 3  made by one defendant, that objection will be good for

 4  all.

 5              MR. J. SHEPPARD:  Correct.

 6                   JAMES HADLEY,

 7  having been duly sworn, testified as follows:

 8                   EXAMINATION

 9  BY MR. J. SHEPPARD:

10      Q.  Okay.  Would you please state your name for the

11  record.

12      A.  James Hadley.

13      Q.  What's your middle name?

14      A.  Monroe.

15      Q.  M-o-n-r-o-e?

16      A.  Uh-huh.

17      Q.  What's your date of birth?

18      A.  7-28-74.

19      Q.  And I can already tell you're speaking really

20  softly, and if you could speak up a little bit more not

21  just for the court reporter but so everyone in the room

22  can hear you.

23      A.  Okay.

24      Q.  Have you ever given a deposition before?

25      A.  No, sir.
```

James Hadley
July 13, 2017

6

1      Q.  My name's John Sheppard, and I represent the

2  plaintiff, Milorad Raicevic, in this case.  Do you

3  understand that?

4      A.  Yes, sir.

5      Q.  Do you know who Milorad Raicevic is?

6      A.  Yes, sir.

7      Q.  A few ground rules, I call them, to help this

8  process go smoothly, if you don't mind, okay?

9      A.  Okay.

10     Q.  One is to please wait until I'm finished asking

11  my question before you give an answer so that the court

12  reporter can keep a nice clean record without us talking

13  over one another, fair?

14     A.  Yes, sir.

15     Q.  I'll warn in you advance I'm kind of a slow

16  talker, so you're going to find yourself waiting for me to

17  finish before you give your answer, okay?

18     A.  Okay.

19     Q.  And I'll try to do the same for you.

20     A.  I'm hard of hearing in this ear, so --

21     Q.  Okay.

22     A.  -- if I ask you to repeat, that's -- that's why.

23     Q.  And that's exactly what I want you to do.  If you

24  don't hear me or if you don't understand me, I don't want

25  you to answer the question or even try to.  I want you to,

James Hadley
July 13, 2017

7

```
 1    instead, tell me that you didn't hear me or you didn't
 2    understand me, okay?
 3         A.  Yes, sir.
 4         Q.  So if you do answer my question, it's fair for us
 5    to assume that you heard me and that you understood me,
 6    right?
 7         A.  Yes, sir.
 8         Q.  Yes, sir?
 9         A.  Yes, sir.
10         Q.  Okay.  And we're doing an okay job right now, but
11    it's important for us to use words as opposed to only
12    nodding our head up and down.  Again, this is being
13    written down, and we're going to want to be able to read
14    it later.
15         A.  Yes, sir.
16         Q.  Are you under any medication today that would
17    inhibit your ability to give full and accurate testimony?
18         A.  No, sir.
19         Q.  If you need to take a break at any time, let me
20    know, and we'll take a break.  I want you to be
21    comfortable.  With one exception, if I've asked you a
22    question, you got to answer the question first before we
23    take a break, okay?
24         A.  Yes, sir.
25         Q.  What's your home address?
```

James Hadley
July 13, 2017

8

```
 1        A.   21218 Osage Street, Lockhart, Alabama.

 2        Q.   2121 and then what was the next part?

 3        A.   8.

 4        Q.   The number 8?

 5        A.   Yes, sir, the number 8.

 6        Q.   Osage Street.

 7        A.   Osage, O-s-a-g-e, Street.

 8        Q.   Birmingham, Alabama?

 9        A.   Lockhart, Alabama.

10        Q.   I don't know where I came up with Birmingham,

11   but . . .

12                  What's the zip?

13        A.   36455.

14        Q.   How long have you lived there?

15        A.   Five years.

16        Q.   Where did you live before that?

17        A.   They've changed the -- the addresses.  We got a

18   911 address now, so it's different.  I can give you my --

19   the old address, but it ain't gonna pull it up --

20        Q.   Sure.

21        A.   -- on, like, Google Map or whatever.

22        Q.   What's the old address?

23        A.   It's 308 Highway 54 West, Florala, Alabama.

24        Q.   How do you spell that city?

25        A.   F-l-o-r-a-l-a, Alabama.
```

James Hadley
July 13, 2017

9

1        Q.   And what's the zip?

2        A.   3 -- 364 -- 36442.

3        Q.   Did you live there before Lockhart?

4        A.   Yes, sir.

5        Q.   For how long did you live in this other city?

6        A.   Pretty much my entire life, but not at that

7   location.   I lived there 11, 12 years.

8        Q.   Are you married?

9        A.   Yes, sir.

10       Q.   What's your wife's name?

11       A.   Joanna Hadley.

12       Q.   What's her maiden name?

13       A.   Joanna Holley.

14       Q.   H-o-l-l-e-y?

15       A.   Yes, sir.

16       Q.   Do you have any children?

17       A.   Yes, sir.

18       Q.   What are their ages?

19       A.   15 -- 16 and 20.

20       Q.   What's the 20-year-old's name?

21       A.   Christian Kyle Hadley.

22       Q.   K-y-l-e?

23       A.   Yes, sir.

24       Q.   Where does he live?

25       A.   With me.

James Hadley
July 13, 2017

10

1       Q.  At your house?

2       A.  Yes, sir.

3       Q.  Did Fieldwood ask you to be here today?

4       A.  Yes, sir.

5       Q.  You're an employee of Fieldwood?

6       A.  Yes, sir.

7       Q.  If they ask you to come to the trial, will you

8  come to trial?

9       A.  Yes, sir.

10      Q.  Any plans to come to Houston in the future?

11      A.  No, sir.

12      Q.  Unless -- unless Fieldwood asks you to?

13      A.  Unless they ask me to.

14      Q.  Okay.  You are still an employee of Fieldwood?

15      A.  Yes, sir.

16      Q.  Tell me a little bit about your educational

17  background.  Did you graduate high school?

18      A.  No, sir.

19      Q.  Did you attend high school?

20      A.  Yes, sir.

21      Q.  Where did you attend high school?

22      A.  Florala High School, Pensacola Tate is the name

23  of the second high school, and then Pensacola Junior

24  College is where I finished up with my G.E.D. and six

25  months of college.  I found out I didn't want to be a

James Hadley
July 13, 2017

11

```
 1    college guy.
 2         Q.   So got the G.E.D. from Pensacola Junior College
 3    and then did six months of college?
 4         A.   Well, it was part of the -- yes, sir, part of the
 5    program of your G.E.D., it was part of that, the six
 6    months.
 7         Q.   How did you decide to get into that program?
 8         A.   I don't even remember how or why.  I just ended
 9    up -- I know I was there and had to do it to get a job,
10    for one thing.
11         Q.   Did you get any -- in addition to the G.E.D. --
12    I'm going to shift to past G.E.D., past high school -- did
13    you complete any certificates or educational benchmarks at
14    the junior college or any other school?
15         A.   No, sir.
16         Q.   No college degree?
17         A.   No, sir.
18         Q.   Did you go to work after that six months?
19         A.   Yes, sir.
20         Q.   Where did you go to work?
21         A.   First, I was logging in -- for -- Alabama Swamp
22    Loggers is the name of the company.  I worked there -- I
23    was 17.
24         Q.   What did you do for Alabama Swamp Loggers?
25         A.   Run equipment.
```

James Hadley
July 13, 2017

1          Q.   What type of equipment?

2          A.   Skidders and cutters and chainsaws.

3          Q.   What kind of business is that?

4          A.   A logging business.

5          Q.   Cutting down trees?

6          A.   Cutting down trees.

7          Q.   And you would operate those pieces of

8     equipment --

9          A.   Yeah.

10         Q.   -- you just --

11         A.   Yes.

12         Q.   -- identified?

13         A.   Yes, sir.

14         Q.   Did you get any --

15              MS. ASHCRAFT:  Sorry, Mr. Hadley, would you

16    mind speaking up just a little bit.  I'm having a tough

17    time hearing you.  I apologize.

18              THE WITNESS:  I'll try my best.

19              MR. J. SHEPPARD:  And let me -- are -- are

20    we picking up the audio?  Okay.

21         Q.   (BY MR. J. SHEPPARD)  Because you have a

22    microphone on you, and so we're recording it that way, but

23    then the people in the room -- you're a very soft talker.

24         A.   I have a -- it's like a -- whatever it is,

25    it's -- when I go to talk, it will squeak, so I don't --

James Hadley
July 13, 2017

13

```
 1    that's why I don't try to talk loud.  It just started,

 2    like, two days ago, I guess, because I'm nervous for --

 3    for the deposition, I don't know.

 4                MS. ASHCRAFT:  It happens to me.

 5        Q.  (BY MR. J. SHEPPARD)  So this squeak when you

 6    talk loud, that's not a persistent --

 7        A.  No.

 8        Q.  -- medical condition --

 9        A.  No.

10        Q.  -- that you have --

11        A.  No, no --

12        Q.  -- going on?

13        A.  -- no, sir.  It's allergies, I guess.

14        Q.  And you said you're hard of hearing in your left

15    ear.  How did that come about?

16        A.  Water -- skiing accident -- incident on the

17    water.  I busted my eardrum years ago, and it's just . . .

18        Q.  Recreational skiing?

19        A.  Yes, sir.

20        Q.  What are you --

21        A.  Water -- water skiing.

22        Q.  Okay.

23        A.  Yes, sir.

24        Q.  When was that?

25        A.  I don't know what the year was.  I was 15, 16
```

James Hadley
July 13, 2017

14

```
 1   years old.
 2        Q.  And I asked you your birthday, but I didn't write
 3   it down.  How old are you now?
 4        A.  Forty -- I'll be 43 the 28th of this month.
 5        Q.  Did I ask --
 6        A.  Yeah.
 7        Q.  -- what is your birth date?
 8        A.  Yeah, you did.  You wrote it down.
 9        Q.  No, I didn't write it down.
10        A.  7-28-74.
11        Q.  Okay.  Thank you for telling me again.
12             How long did you work for Alabama Swamp
13   Loggers?
14        A.  About a year, maybe a year and a half.
15        Q.  The left ear condition, have you seen a doctor
16   about that?
17        A.  No, not -- not pertaining to just that, no, sir.
18        Q.  Are you legally deaf in your left ear?
19        A.  I'm not deaf in it.  I just -- it's -- it's
20   weaker than the right one, so sometimes you'll see me put
21   my hand up there like that, so . . .
22        Q.  To kind of try to --
23        A.  Yeah, I can hear out of it.
24             THE REPORTER:  Please wait.
25             THE WITNESS:  Oh, I'm sorry.
```

James Hadley
July 13, 2017

15

1      Q.  (BY MR. J. SHEPPARD)  Yeah, you're starting to
2  know where I'm going with my questions --
3      A.  I'm sorry.
4      Q.  -- and answer before I finish.
5          I think you said you have not seen -- you're
6  not seeing a doctor for your ear condition?
7      A.  No, sir.
8      Q.  When's the last time you saw a doctor for your
9  ear condition?
10     A.  Probably 1992.
11     Q.  Have you been rated with any sort of disability
12  or deafness for your ear?
13     A.  No, sir.
14     Q.  Okay.  Have you ever used hearing aids or
15  anything like that?
16     A.  No, sir.
17     Q.  When's the last time you had your hearing tested?
18     A.  Last year with Fieldwood.
19     Q.  How did you do?
20     A.  That's what -- that's when I found out how
21  different it was.  I mean, I passed it, but . . .
22          MS. ASHCRAFT:  Branch wants to participate
23  by phone.
24          MR. J. SHEPPARD:  Okay.  We're going to --
25  there's a lawyer that is going to call in, and so we're

James Hadley
July 13, 2017

16

1    going to take a brief pause, if everyone's okay with that,

2    and get him on the speakerphone.

3                THE VIDEOGRAPHER:  Going off the record,

4    10:33 a.m.

5                (Short recess.)

6                THE VIDEOGRAPHER:  Going on record, 10:44.

7        Q.  (BY MR. J. SHEPPARD)  Mr. Hadley, are you ready

8    to proceed?

9        A.  Yes, sir.

10       Q.  What did you do after working for Alabama Swamp

11   Loggers?

12       A.  That's -- I went to work for Universal Ogden

13   catering company.

14       Q.  What did you do for them?

15       A.  Galley hand.

16       Q.  What does Universal Ogden do?

17       A.  Catering company.

18       Q.  Where is it based?

19       A.  New Orleans, Louisiana.

20       Q.  Where did you work out of?

21       A.  Out of -- Virgin Islands was two weeks and then

22   out of Mobil for a week.

23       Q.  Was it a cruise company?

24       A.  No.

25       Q.  Did you only work for them for three weeks?

James Hadley
July 13, 2017

17

```
 1        A.  It was 14 and 14 and then 14 and 7.  It was an

 2   offshore company.  I took care of drilling rig catering.

 3        Q.  Okay.  How long did you work for Universal Ogden?

 4        A.  Six months.

 5        Q.  Then what did you do?

 6        A.  Transferred to outside working for the -- the

 7   oil -- or the drilling company for Zapata drilling.

 8        Q.  Z-a-p-a-t-a?

 9        A.  I believe so.

10        Q.  What did you do for them?

11        A.  Roustabout.

12        Q.  Where did you work?

13        A.  I didn't understand.

14        Q.  Gulf of Mexico?

15        A.  Yes, sir.  Yes, sir, Gulf of Mexico.

16            (Whereupon Mr. Brian Hillendahl joins the

17             proceedings.)

18        Q.  (BY MR. J. SHEPPARD)  How long did you work for

19   Zapata?

20        A.  I'm not exactly sure.  About three and a half,

21   four years.

22        Q.  And then where did you go work?

23        A.  Fab-Con.

24        Q.  Fab-Con?

25        A.  Yes, sir.
```

James Hadley
July 13, 2017

18

```
 1        Q.   What'd you do for them?
 2        A.   We worked offshore in production field doing
 3   construction work.
 4        Q.   What did you do for them?
 5        A.   Roustabout/rigger.
 6        Q.   How long did you do work for them?
 7        A.   A year and a half.
 8        Q.   Then what did you do?
 9        A.   Went to work for Island Operating.
10        Q.   What did you do for them?
11        A.   Production operator.
12        Q.   Production what?
13        A.   Production operator.
14        Q.   How long did you work for them?
15        A.   11 years.
16        Q.   What were the dates, approximate?
17        A.   2000 to 2011.  I'm sorry, 13 years, because it
18   was 2013.
19        Q.   So does that mean that you worked for them for 13
20   years?
21        A.   Yes, sir, I'm sorry.
22        Q.   Working in the Gulf of Mexico?
23        A.   Yes, sir.
24        Q.   And then where did you go?
25        A.   Apache.
```

James Hadley
July 13, 2017

19

1        Q.   What did you do for them?

2        A.   PIC.

3        Q.   Which stands for person in charge?

4        A.   Yes, sir.

5        Q.   Working in the Gulf of Mexico?

6        A.   Yes, sir.

7        Q.   When did you leave Apache?

8        A.   We -- '14, I think -- no, I don't -- I don't know

9   the exact dates.   It was a rollover or whatever.

10        Q.   What's -- how did you characterize it when

11   Apache's platforms transitioned to Fieldwood?   Was it a

12   sale?

13        A.   That's what I -- I -- I was told it was a

14   rollover-type deal, you know.   I don't know terminology

15   of -- of what they call it.

16        Q.   The word you use is rollover?

17        A.   Everything just kind of rolled over, you know,

18   all the personnel was the same, equipment was the same.

19        Q.   You kept the title PIC, person in charge, at

20   Fieldwood?

21        A.   Yes, sir.

22        Q.   Is that still your title at Fieldwood?

23        A.   Yes, sir.

24        Q.   When did you first start working on the Mp 153

25   platform?

James Hadley
July 13, 2017

```
 1        A.   The first time I worked on it was in ninety --
 2   '98.
 3        Q.   Do you still work on that platform?
 4        A.   Yes -- yes, sir, now.  The whole time I wasn't on
 5   that location.  I worked on it for a couple of hitches in
 6   construction, and that was it.  Then we moved -- I moved
 7   back 2000 something.  I mean, it's not my -- it wasn't my
 8   permanent location back then is what I'm saying.
 9        Q.   Okay.  So you first worked on it when you were at
10   Fab-Con?
11        A.   Yes, sir.
12        Q.   Did you work on it when you were at Zapata?
13        A.   No, sir.
14        Q.   So at Fab-Con is when you first worked on the Mp
15   153?
16        A.   Yes, sir.
17        Q.   Am I saying the name of the platform right,
18   Mp 153?
19        A.   B -- add a B to it.  I'm sorry.
20        Q.   Add a B to it?  Okay.
21        A.   Yes, sir.
22        Q.   And the questions I was asking about the Mp 153,
23   you were answering that as if I had said Mp 153 B?
24        A.   Yes.  Well, we have a -- it used to be a dual
25   designation.  One five -- 153 is the dual designation --
```

James Hadley
July 13, 2017

1        Q.   Uh-huh.

2        A.   -- back in the Shell days they said, so that's

3   why I took it for granted.   Sorry.

4        Q.   Dual designation for what two things?

5        A.   Sorry?

6        Q.   What does the dual -- what does dual designation

7   mean?

8        A.   It's used to be South Pass 65 Field --

9        Q.   Uh-huh.

10       A.   -- and then you had 153 --

11       Q.   Uh-huh.

12       A.   -- B and C in it, so it was South Pass 65/153, so

13  that's what . . .

14       Q.   The platform where Mr. Raicevic was working on

15  December 1st, 2014, is the Mp 153 B?

16       A.   Yes, sir.

17       Q.   The first time you worked on that platform was at

18  Fab-Con in and around 1998?

19       A.   Yes, sir.

20       Q.   Going forward in this deposition, I'm just going

21  to refer to the Mp 153 B as the platform.

22       A.   Okay.

23       Q.   And if I ever talk about a different platform,

24  like the 65 A or some other, we'll -- we'll make that

25  clear.

James Hadley
July 13, 2017

22

```
 1        A.   Yes, sir.

 2        Q.   Because it's hard for me to keep saying Mp 153 B.

 3        A.   I gotcha.  Yes, sir.

 4        Q.   When did the platform become your permanent

 5   location?

 6        A.   2004.

 7        Q.   Okay.  And how does it work?  Are you assigned

 8   exclusively to the -- the platform or do you work in other

 9   areas as well?

10        A.   I've worked in other areas as well, I mean . . .

11        Q.   But since 2004, the platform has been within your

12   responsibilities as the P -- as the PIC?

13        A.   Yes, sir.

14        Q.   And to this day, it's still a platform that you

15   have PIC responsibilities over?

16        A.   Yes, sir.

17        Q.   Okay.  Since 2004 to the present, how much of

18   your time do you spend at the Mp 153 B platform?

19        A.   Can you -- I didn't understand that.

20        Q.   So I'm going to try to get -- I'm trying to

21   understand how much time you spend at the Mp 153 platform

22   versus other platforms.  For example, if you were to tell

23   me I spend 99 percent of my time at the Mp 153 and I only

24   occasionally go to other platforms, I want to know that,

25   or if it's half and half or if it's a third.  I want to
```

James Hadley
July 13, 2017

23

```
1    try to get the best approximation of what it is.
2              So the question is:  Since 2004 to the
3    present, how much of your time do you spend at the
4    Mp 153 B versus other platforms?
5         A.   Probably about 95 percent of the time I was at
6    153 B.
7         Q.   And that's generally true from 2004 to the
8    present?
9         A.   Yes, sir.
10        Q.   Tell me about your shift work.  How does it work?
11   Two weeks on, one week off, one month on, one month off?
12        A.   Two weeks on, two weeks off.
13        Q.   Has it always been that way since 2004?
14        A.   No, sir.
15        Q.   When did it change?
16        A.   I couldn't tell you.  I mean, I don't remember
17   the dates and all that.
18        Q.   Has it changed many times?
19        A.   Yes, sir.
20        Q.   Various years, various months --
21        A.   Yes, sir.
22        Q.   -- it might have a different cycle?
23        A.   Yes, sir.
24        Q.   In December of 2014, what was the cycle?
25        A.   14 and 14.
```

James Hadley
July 13, 2017

24

1      Q.   And let me expand it a little bit more from

2   December 2014.  From the summer of 2014 until the spring

3   of 2015 -- are you with me?

4      A.   Uh-huh.

5      Q.   What was your work cycle?

6      A.   As far as I can remember, 14 and 14.

7      Q.   Today, is it 14 and 14?

8      A.   Yes, sir.

9      Q.   All right.  What is your understanding as to the

10  job responsibilities of a PIC?

11     A.   Can you repeat that again?

12     Q.   What is your understanding as to the job

13  responsibilities of a PIC?

14     A.   Do you want me to tell you the -- all the

15  responsibilities that I have?

16     Q.   Yes.

17     A.   I'm in charge of the entire platform, everything

18  that goes on, anything that happens.

19     Q.   You're responsible for everything that happens at

20  the platform?

21     A.   As far as -- yes, sir.

22     Q.   Who do you report to?

23     A.   My field foreman, Ronnie Bonin.

24     Q.   Is that also referred to as a production foreman?

25     A.   Yes, sir.

James Hadley
July 13, 2017

1      Q.   Can you spell his name?

2      A.   R-o-n-n-i-n -- Ronnie -- Ronnie Bonin is

3   R-o-n-n-i-e and then Bonin is B-o-n-i-n.

4      Q.   All right.  Okay.  How long has he been the

5   production foreman at Fieldwood?

6      A.   I'm not sure how long he's worked for Fieldwood,

7   but I know he's worked in our field for -- since 2013.

8      Q.   You've reported to him since 2013?

9      A.   Yes, sir.

10     Q.   Do you know who he reports to?

11     A.   Yes, sir.  Reggie Quinn.

12     Q.   Is that the area foreman?

13     A.   Yes, sir.

14     Q.   Is Reggie in Lafayette?

15     A.   Yes, sir.

16     Q.   Do you ever report to Reggie Quinn?

17     A.   Yes, sir.

18     Q.   How do you know whether to report to Ronnie

19   versus Reggie?

20     A.   If for some reason you can't get Ronnie, you

21   know, in a reasonable time, you can report to Reggie, or

22   if Ronnie's out of pocket and he's -- you know, he's at a

23   facility that don't have communication, you report to

24   Reggie.

25     Q.   If the issue is important enough, do you

James Hadley
July 13, 2017

26

1       sometimes report to both of them?

2            A.   Yes, sir.

3            Q.   Nothing wrong with that?

4            A.   No, sir.

5            Q.   As the PIC, do you agree that you are responsible

6       for the overall safety of the platform?

7            A.   Yes, sir.

8            Q.   As the PIC, do you agree that it is your

9       responsibility to hold daily safety meetings?

10           A.   Yes, sir.

11           Q.   As the PIC of the platform, is it your

12      understanding that you're responsible for making sure that

13      JSAs are done properly?

14           A.   Yes, sir.

15           Q.   And a JSA is different than a safety meeting,

16      correct?

17           A.   Yes, sir.

18           Q.   You're supposed to have a safety meeting every

19      day, right?

20           A.   Yes, sir.

21           Q.   And you're also supposed to do a safety meeting

22      once a week, correct?

23           A.   Yes, sir.

24           Q.   Those are documented on forms, right?

25           A.   The weekly is; yes, sir.

James Hadley
July 13, 2017

27

1    Q.   Is the daily safety meeting documented on a form?

2    A.   Not -- not unless it's a tail -- it's just a

3    tailgate meeting, it's not.  If it's a -- major work, you

4    know, it is.

5    Q.   Do you know whether or not Fieldwood's policies

6    and procedures say that daily safety meetings should be

7    documented on a specific form every day?

8    A.   I -- I'm -- I'm familiar with it, but I couldn't

9    repeat it word for word.  I know where to go to find the

10   information you're asking, but I haven't read it in the

11   last week or two, so . . .

12   Q.   Let's -- let's take a back -- a step back,

13   because I don't need you to memorize it.  Is it your

14   understanding that it is Fieldwood's policy that the daily

15   safety meeting needs to be documented in writing every

16   day?

17   A.   Yes, yes, I --

18   Q.   Do you document your daily safety meeting every

19   day in writing?

20   A.   Yes, sir.

21   Q.   Okay.  So for every day in November and

22   December 2014, there should be a documented safety

23   meeting, correct?

24   A.   I can't answer that, because I don't -- I can't

25   remember if we even had that policy at the time.  Our

James Hadley
July 13, 2017

1    policies changed.

2        Q.  If --

3        A.  Company changed.

4        Q.  Okay.  Do you remember the policy about daily

5    safety meetings being documented in writing ever changing?

6        A.  Yes, with -- not with this company, but from

7    company to company, it has changed.

8        Q.  I mean, from at your time at Apache and

9    Fieldwood --

10       A.  Uh-huh.

11       Q.  -- do you ever remember being told that the

12   policy regarding daily safety meetings being documented in

13   writing changing?

14       A.  No.  No, sir.

15       Q.  To this day, are you documenting your daily

16   safety meetings in writing every day?

17       A.  If you have a daily safety meeting, yes.

18       Q.  Are you having daily safety meetings every day

19   today?

20       A.  We have daily tailgate meetings.

21       Q.  Is that different than a safety meeting?

22       A.  Yes, sir.

23       Q.  Okay.  So my question is:  Are you having daily

24   safety meetings every day?

25       A.  No, sir.

SLS Litigation Services, LLC
832.998.0015

James Hadley
July 13, 2017

1    Q.  All right.  Back in November and December 2014,

2  were you having daily safety meetings?

3    A.  No, sir.

4    Q.  How did you decide whether or not to have a daily

5  safety meeting versus just a tailgate meeting?

6    A.  In our JSAs and all that, that's our daily

7  safety -- what do you call -- can you repeat that, please?

8    Q.  Back in November and December 2014, how did you

9  decide whether or not to have a daily safety meeting that

10  you documented in writing versus a tailgating meeting?

11    A.  I didn't decide that.

12    Q.  Who did decide that?

13    A.  I don't -- I don't understand your question

14  really --

15    Q.  Okay.

16    A.  -- as far as --

17    Q.  Let's back --

18    A.  -- I mean --

19    Q.  Let me try to unpack it and see if we can

20  understand it.

21    A.  The safety meetings that we have -- and we have a

22  morning meeting.  It's not called a morning safety meeting

23  every day.

24    Q.  Uh-huh.

25    A.  We have a safety meeting every Sunday that is

James Hadley
July 13, 2017

```
 1    documented.  If we have a safety meeting daily, we
 2    document it.  If not, if it's just a morning discussion,
 3    it's not a meeting -- you know, it's not a safety meeting,
 4    we don't document it.
 5                 I didn't make that rule or regulation or
 6    whatever you want to call it, but that's just -- I mean,
 7    if we have a morning safety meeting, we document it.
 8         Q.  And that's my question.
 9         A.  Yeah.
10         Q.  How do you decide whether or not to have a
11    morning safety meeting versus just a regular meeting?
12         A.  Okay.  If we have more -- more than one or two
13    things going on, you know, if hazards change or if you got
14    a hazard, we -- we have a morning safety meeting, or if
15    they tell us to have a meeting over this incident or
16    whatever, you know.  I don't make determinations of what's
17    what, I mean --
18         Q.  Who does decide --
19         A.  -- we have a morning meeting.
20         Q.  Sorry, I thought you were finished.
21         A.  No, sir.
22         Q.  Who does decide whether or not to have a morning
23    safety meeting as opposed to just an ordinary meeting?
24         A.  I think you're -- you're misunderstanding or
25    either I'm misunderstanding the question.
```

James Hadley
July 13, 2017

31

1    Q.   Sometimes you have morning safety meetings?

2    A.   Yes, sir.

3    Q.   Who makes that decision when you have those?

4    A.   The company.

5    Q.   Which company?

6    A.   Fieldwood.

7    Q.   Who tells you, I want you to have a morning

8  safety meeting today?

9    A.   I don't understand what you're -- what you're

10  meaning other than we get up and we have a morning

11  meeting.

12    Q.   Uh-huh.

13    A.   We -- we don't document it.

14    Q.   Uh-huh.

15    A.   We get up.  We have 30 people.  They're doing two

16  different jobs.  We have a safety meeting, we have a JSA

17  walk-through, we have a tailgate meeting, it's all

18  documented.  But if there's just us, we're not doing

19  nothing out of the ordinary, we have a tailgate meeting.

20  That's -- that's it.  I don't make no determination of --

21  I don't make no regulations.  I don't do any of that.

22    Q.   I understand.  I'm trying to find out who decides

23  whether or not you do more than just the tailgate meeting.

24  And on those days where you have safety meetings --

25    A.   I guess it would be me --

James Hadley
July 13, 2017

32

1    Q.   Okay.

2    A.   -- I'm sorry.

3    Q.   That's your decision whether or not to have a --

4    A.   Yes, sir.

5    Q.   -- safety meeting on a day-to-day basis?

6    A.   I guess so, yes, sir.

7    Q.   And so if a safety meeting is not performed on a

8    specific day, that's your decision?

9    A.   Yes, sir.

10   Q.   You do have weekly safety meetings?

11   A.   Yes, sir.

12   Q.   And you testified that you hold those on Sundays?

13   A.   Yes, sir.

14   Q.   So back in November and December 2014, we should

15   be able to find weekly safety meeting reports for those

16   Sunday meetings, correct?

17   A.   Yes, sir.

18   Q.   You fill out those forms, right?

19   A.   Not all the time, sir.

20   Q.   Sometimes other people fill them out?

21   A.   Yes, sir.

22   Q.   Do you always participate in the weekly safety

23   meetings?

24   A.   If I'm -- yes, sir.

25   Q.   You paused.  Do you sometimes miss those?

James Hadley
July 13, 2017

```
 1        A.  No, sir, I -- what I was saying is if I'm

 2   presenting the safety meeting, I fill them out.  We have a

 3   lead operator that presents them.  We try to train on

 4   safety meetings, that's all.  That's all I was pausing

 5   for.

 6        Q.  Okay.  Has there ever been a spill of oil from

 7   the Mp 153 into any waters of the Gulf of Mexico?

 8        A.  I'm sure there has been, yes, sir.

 9        Q.  And so let me narrow it down.  Since your time on

10   the platform, has that ever happened?

11        A.  Yes, sir.

12        Q.  And when that happens, you're required to fill

13   out spill forms, correct?

14        A.  Yes, sir.

15        Q.  Have you done that?

16        A.  Yes, sir.

17        Q.  So those exist for the spills that you're

18   referring to, there should be spill forms documenting that

19   it happened?

20        A.  Yes, sir.

21        Q.  And in addition to that, the spill must be

22   reported to the State of Louisiana, correct?

23        A.  Yes, sir.

24        Q.  Have you done that?

25        A.  Not -- I'm not the one that reports them to -- I
```

James Hadley
July 13, 2017

```
 1    report them -- our policy, we go to our spill reporting
 2    procedure, and that's -- I follow it.
 3         Q.  What's the procedure?  Who do you report spills
 4    into the Gulf of Mexico to?
 5         A.  I report to my foreman, and he -- either to -- to
 6    Reggie Quinn, and it goes up from there.
 7         Q.  Do you know how quickly a spill into the Gulf of
 8    Mexico has to be reported to the State of Louisiana?
 9         A.  Yes, sir.  I -- I just can't think of it right
10    now.  I could -- I can go to it on the computer and show
11    you, I mean . . .
12         Q.  What's your best understanding without looking it
13    up on the computer?
14         A.  Within two hours.
15         Q.  Okay.  When's the last spill from the Mp 153 B
16    into the Gulf of Mexico that you remember occurring?
17         A.  It's been -- I think we had one in 2015 --
18         Q.  Okay.
19         A.  -- I think.
20         Q.  Uh-huh.
21         A.  A leaking fitting or something had dripped and --
22              MS. ASHCRAFT:  A leaking what?
23              THE WITNESS:  Fitting, off of a tubing
24    fitting.
25         Q.  (BY MR. J. SHEPPARD)  Where was that tubing that
```

James Hadley
July 13, 2017

1    was leaking?

2         A.  It was off of the emergency generator diesel

3    line, I believe.

4         Q.  So we should be able to find a report if this

5    happened?

6         A.  Yeah, it should be -- it may not be that year.  I

7    mean, like I said, it's been -- I don't remember a whole

8    lot as far as that spill or when the last spill was.  I

9    don't remember the dates and all, I mean . . .  I don't

10   have it in my computer up here.

11        Q.  Besides an injury to someone, is there anything

12   more important or serious than a spill or a leak into the

13   Gulf of Mexico?

14        A.  Can you repeat that?

15        Q.  Besides an injury -- well, let me ask you this.

16             Do you agree that safety is the No. 1

17   priority at all times at the platform?

18        A.  Yes, sir, safety -- safety is the No. 1 utmost

19   thing that I preach especially.

20        Q.  Do you agree that if there is a safer way to do

21   something, that that way must be followed?

22        A.  Repeat that again now.

23        Q.  Do you agree that if there is a safer way to do

24   something, then the safer way must be followed?

25        A.  Yeah, I guess so.  Yes, sir.

James Hadley
July 13, 2017

1    Q.   Do you agree that the business of Fieldwood can

2    never be put ahead of the safety of its employees?

3    A.   The safety is first, utmost first.  Safety

4    compliance production is how I run my business.  If you

5    don't have safety, you ain't gonna have compliance, you

6    ain't gonna have production.

7    Q.   So set aside injuries to people.  Let me -- let

8    me start my question over.

9           Besides an injury to an employee, which is

10   the -- the worst thing that -- that can happen, is there

11   anything more serious than a spill into the Gulf of

12   Mexico?

13   A.   If somebody gets hurt, then the spill's right up

14   there with it.  I mean, you don't want to put oil in the

15   water.

16   Q.   All right.  Does -- what if even one drop of oil

17   falls into the Gulf, does that have to be reported?

18   A.   You report it.

19   Q.   It doesn't matter how small it is?

20   A.   No.

21   Q.   What if it's mist --

22   A.   You report it.

23   Q.   -- creating a sheen?

24   A.   You report it.

25   Q.   What if it's mist and it's not creating a sheen?

James Hadley
July 13, 2017

37

1      A.  You report it.  Everybody reports it.

2      Q.  In your, gosh, almost 20 years working at the Mp

3  153 -- actually, let me start it in the year 2000, because

4  that's when you started working there about 95 percent of

5  the time --

6      A.  Right.

7      Q.  -- okay?

8           Since 2000, how many times have you reported

9  a leak or a spill into the Gulf of Mexico?

10     A.  I'd be scared to -- to give a definite, you know,

11  number, but it's been quite a few.

12     Q.  Okay.

13     A.  I mean, accident -- you know, things happen that

14  we can't control sometimes, mechanical issues.

15     Q.  So, for example, if you were to tell me I -- I

16  don't know the exact number, but I've reported hundreds of

17  spills or leaks, that would be important to me versus you

18  saying, actually, it's more like five to ten?

19     A.  We've -- we've reported a lot, I mean . . .

20     Q.  What's a lot?

21     A.  I -- I don't know the exact number, I mean, 15,

22  20 that I know of, I mean . . .

23     Q.  Okay.  That's what I meant --

24     A.  Yeah.

25     Q.  -- not 300 --

James Hadley
July 13, 2017

38

1       A.  Yeah.  I mean, we've had issues, you know, after
2    hurricanes, but . . .
3       Q.  If a spill or leak into the Gulf of Mexico
4    happens, that's something that you are made aware of,
5    correct?
6       A.  Yes, sir.
7       Q.  Do you remember -- what -- do you know what BSSE
8    is, B-S-S-E?
9       A.  Yes, sir.
10      Q.  What -- what are they?
11      A.  Bureau -- oh -- of safety and -- I don't know the
12   acronym for it.
13      Q.  What's your understanding --
14      A.  It used to be MMS, Minerals Management Services,
15   and they're the ones that make the -- you know, come out
16   and keep us safe, actually.
17      Q.  How often do they come out?
18      A.  Like, for sure once a year, but some -- most of
19   the time, it's two or three times a year on our place.
20      Q.  And it's the -- it's an arm of the federal
21   government, correct?
22      A.  Yes, sir.
23      Q.  What do they do when they come out?
24      A.  Inspect the platform, inspect the paperwork, make
25   sure things are safe.

James Hadley
July 13, 2017

39

1     Q.  Do you remember them coming out in 2011 and

2  issuing many incomplete reports regarding the Mp 153

3  platform?

4          MR. MARLATT:  Objection, form, misstates the

5  document.

6     A.  I don't -- I couldn't tell you what was reported

7  in 2011.  I mean, I don't have it.

8     Q.  (BY MR. J. SHEPPARD)  Do you ever -- let's just

9  use normal words, then.  Do you ever remember BSSE coming

10  out to the Mp 153 and issuing a very negative report about

11  the conditions out there?

12     A.  No, I sure don't.

13     Q.  Do any of the meetings -- I said meetings.  Do

14  any of the visits by BSSE since you've been at the Mp 153

15  stand out to you as significant?

16     A.  Every one of them --

17     Q.  Okay.

18     A.  -- stands out as -- I mean, we take pride in what

19  we do, you know, when they come.

20     Q.  They've been coming -- you've had interactions

21  with them since 2000?

22     A.  Yes, sir.

23     Q.  And they've come out at least once a year since

24  2000?

25     A.  Yes, sir, but not always on -- when I'm there.

James Hadley
July 13, 2017

40

    Q.  Right.  They've certainly been out there a
multitude of times when you're there?

    A.  Yes, sir.

    Q.  Can you remember every single time that BSSE came
out there when you were there?

    A.  No, sir.

    Q.  All right.  That's why I asked you.  Are there
any of those visits while you were there that stand out to
you as significant?

    A.  No, sir, I mean . . .

        MS. ASHCRAFT:  Whenever you get to a
stopping point, can we take a break?

        MR. J. SHEPPARD:  Sure.  Let me finish a
couple more.

        MS. ASHCRAFT:  Of course.

    Q.  (BY MR. J. SHEPPARD)  Do you ever remember a time
after BSSE visited that the platform had to be shut in for
a long period of time to do repairs?

    A.  Not that I can recall.

    Q.  Do you ever remember BSSE visiting the platform
and concluding that many areas of the platform were poorly
maintained and presented an imminent threat of danger to
the employees?

    A.  Not that I can recall.

    Q.  That would be a very, very serious --

James Hadley
July 13, 2017

41

1       A.   Yes, sir.

2       Q.   -- finding, correct?

3       A.   Yes, sir.

4       Q.   Do you ever remember BSSE coming out and finding

5  oil leaking into the Gulf of Mexico?

6       A.   No, sir.

7       Q.   If that happened, that would be something you

8  would be made aware of, correct?

9       A.   Yes, sir.

10      Q.   That's a very serious thing?

11      A.   Yes, sir, it's an environmental impact.

12      Q.   In fact, you wouldn't want BSSE to find that on

13  their own, you would want to find that by yourself --

14      A.   Yes, sir.

15      Q.   -- correct?

16           What I meant to say is you wouldn't want

17  BSSE to be the one that finds that, you would want to

18  self-report that on your own, correct?

19      A.   Yes, sir.

20      Q.   Because if BSSE comes out and finds oil leaking

21  into the Gulf of Mexico, that means you guys haven't been

22  watching things as carefully as you should, fair?

23      A.   I guess so.

24      Q.   Ms. Ashcraft wants to take a restroom break, so

25  let's take five minutes.

James Hadley
July 13, 2017

1       A.   All right.

2               THE VIDEOGRAPHER:   Going off the record at

3    11:16.

4               (Short recess.)

5               THE VIDEOGRAPHER:   Going on record, 11:26.

6       Q.  (BY MR. J. SHEPPARD)   Mr. Hadley, these prior

7    employers that you discussed with me, were you fired from

8    any of those positions?

9       A.   No, sir.

10      Q.   Have you ever been fired?

11      A.   No, sir.

12      Q.   Have you ever been disciplined by Fieldwood?

13      A.   No, sir.

14      Q.   Okay.  Have you ever had any negative performance

15   evaluations while at Fieldwood?

16      A.   Not as far as I can remember, I haven't.

17      Q.   Has your work ever been criticized at Fieldwood?

18      A.   No, sir.

19      Q.   All right.  You're different than me, then.  I

20   said you're very different than me, then.

21               Tell me what you did to get ready for today.

22      A.   What do you mean?  Can you --

23      Q.   Tell me what you did to prepare to be here today.

24      A.   I drove over here.

25      Q.   Did you meet with your lawyers?

James Hadley
July 13, 2017

43

```
 1              MR. MARLATT:  Don't tell him what we talked
 2   about, but tell him we met.
 3        A.  Yeah, I met with him yesterday afternoon, yes,
 4   sir.
 5        Q.  (BY MR. J. SHEPPARD)  So your lawyer, Mr.
 6   Marlatt, who is sitting here, you met with Mr. Marlatt?
 7        A.  Yes, sir.
 8        Q.  Was anyone else present during that meeting?
 9        A.  No, sir.
10        Q.  How long did you meet with Mr. Marlatt?
11        A.  Couple of hours.
12        Q.  Did you look at any documents?
13        A.  Yes, sir.
14        Q.  Which documents did you look at that refreshed
15   your memory?
16        A.  I don't even recall what document it was.  I
17   was -- I know the JSA document.
18        Q.  Uh-huh.
19        A.  That's -- I don't recall the other one right now
20   off the top of my head.
21        Q.  You think you only looked at two documents?
22        A.  I think so.
23        Q.  Did you look at any contracts?
24        A.  No, sir.
25        Q.  Did you look at any incident reports?
```

James Hadley
July 13, 2017

44

```
 1        A.   No, sir.

 2        Q.   Any photographs?

 3        A.   No, sir.

 4        Q.   The JSA and something else.

 5        A.   It wasn't -- it was a incident reporting thing.

 6   That's all it was.

 7        Q.   Fieldwood incident report?

 8        A.   Yes, sir.

 9        Q.   Did you fill out that incident report?

10        A.   No, not a report, incident reporting procedure

11   thing, that's all.

12        Q.   Got it.  Got it.

13        A.   That's all.

14        Q.   Not the actual incident --

15        A.   No, sir.

16        Q.   -- report for --

17        A.   No, sir.

18        Q.   -- Mr. Raicevic?

19        A.   No, sir.

20        Q.   And you're starting to talk over me a little bit

21   again.

22        A.   I'm sorry.

23        Q.   You looked at the Fieldwood policy for incident

24   reporting?

25        A.   Uh-huh.
```

James Hadley
July 13, 2017

45

1     Q.  Yes?

2           MR. MARLATT:  You've got to say yes or no.

3     A.  Yes, sir.

4     Q.  (BY MR. J. SHEPPARD)  Okay.

5     A.  I'm trying -- trying to think about it.

6     Q.  Did you fill out a report regarding the Raicevic

7  incident?

8           MR. MARLATT:  Objection, form, vague.

9           You can answer the question.

10    A.  I didn't fill out an incident report for an

11 incident.  There was no incident, as far as I know.

12    Q.  (BY MR. J. SHEPPARD)  Did you fill out a report

13 of any kind regarding Mr. Raicevic?

14    A.  No, sir.

15    Q.  Because -- do you -- do you know that there is a

16 Fieldwood incident report regarding Mr. Raicevic from

17 December 1st, 2014?

18    A.  There's -- a medic filled out a report, I think,

19 for an evacuation.

20    Q.  Okay.

21    A.  All right.

22    Q.  In addition to a medic report, sitting here, can

23 you remember any Fieldwood incident report regarding

24 Mr. Raicevic?

25    A.  That was the --

James Hadley
July 13, 2017

46

```
1        Q.   Okay.

2        A.   -- Fieldwood report, the medic filled that out.

3        Q.   The medic filled that out?

4        A.   Yes, sir.

5        Q.   Who is the medic?

6        A.   I'm not 100 percent sure of his complete name.

7   Marty.

8        Q.   Marty.

9             Who did Marty work for?

10       A.   Total Safety, maybe.  I'm not 100 percent sure on

11  that.

12       Q.   Does Marty still work for Total Safety?

13       A.   I couldn't tell you.  He don't -- he don't work

14  on our location all the time.  If you need him, he comes

15  there; if you need him, you know.

16       Q.   When's the last time you saw Marty?

17       A.   Six, eight months ago.

18       Q.   On the job?

19       A.   Yes, sir.

20       Q.   Do you know where he lives?

21       A.   No, sir.

22       Q.   Total Safety is the company that assists

23  Fieldwood with incidents?

24       A.   No, sir, they're an employee for medics and

25  stuff.  I'm not sure if he's -- that's who he works for.
```

James Hadley
July 13, 2017

47

```
 1    Like I said, I'm not --
 2         Q.  I'm not talking about Marty anymore.  I'm just
 3    talking about Total Safety.  Who are they?
 4         A.  They're a contract company for the oil field, I
 5    guess.
 6         Q.  Okay.  Did you speak with anyone else to get
 7    ready for today besides Mr. Marlatt?
 8         A.  No, sir.
 9         Q.  Have you spoken with any of the other lawyers
10    here in this room?
11         A.  No, sir.
12         Q.  What about during your breaks?  Have you spoken
13    with any of the lawyers?
14         A.  No, sir.
15         Q.  Back in 2014, approximately, how many platforms
16    did Fieldwood have in the Gulf of Mexico?
17         A.  I couldn't even answer accurately, I mean . . .
18         Q.  Do you know if it's more or less than any number?
19    For example, did they have more than five?
20         A.  Yes, sir.
21         Q.  All right.  That's what I mean.  I'm going to try
22    to get as close as we can.  Did they have more than 100?
23         A.  It was probably close to 120, I mean, as far as I
24    know.
25         Q.  Okay.  What about today?  How many platforms does
```

James Hadley
July 13, 2017

48

```
 1    Fieldwood have in the Gulf of Mexico that are operating?
 2         A.  I have no idea.
 3         Q.  More or less than 120?
 4         A.  More, I guess, I don't --
 5         Q.  More --
 6         A.  -- know.
 7             Yes.
 8         Q.  -- you think?
 9         A.  I think.
10         Q.  From 2013 to the present, do you remember -- do
11    you remember any significant change in the amount of
12    platforms Fieldwood was operating in the Gulf of Mexico?
13         A.  Yes, sir.
14         Q.  When?
15         A.  I don't know exact dates, I mean . . .
16         Q.  Uh-huh.
17         A.  They purchased some more -- more facilities from
18    Sandridge.
19         Q.  Uh-huh.  Whenever that happened, the number of
20    platforms went up significantly?
21         A.  Yes, sir, I -- I mean, as far as I know, it went
22    up, you know, pretty good.
23         Q.  Okay.  Do you remember any period of time when
24    the number of platforms that were operated by Fieldwood
25    went down?
```

James Hadley
July 13, 2017

1      A.   No, sir.

2      Q.   Are Wood Group, Island, and Shamrock all still

3  helping Fieldwood operate its platforms?

4      A.   Yes, sir.

5      Q.   Are Wood Group, Shamrock, and Island still at the

6  Mp 153 platform?

7      A.   Yes, sir.

8      Q.   Have their roles at the Mp 153 platform changed

9  from 2014?

10     A.   No, sir.

11     Q.   What does Wood Group do out there for Fieldwood

12 at the Mp 153 B?

13     A.   Contract operation.

14     Q.   What about Shamrock?

15     A.   Contract operations.

16     Q.   What about Island?

17     A.   Same, contract operations.

18     Q.   Why does Fieldwood hire Wood Group, Shamrock, and

19 Island to assist with operations?

20              MR. BROUSSARD:  Object to the form of the

21 question.

22     A.   I -- I -- I can't answer that.  I mean, I don't

23 know why they do that.

24     Q.   (BY MR. J. SHEPPARD)  Do you know -- I've always

25 been curious as to why they hire three as opposed to just

James Hadley
July 13, 2017

50

```
 1    one entity.
 2              MR. BROUSSARD:  Object to form.
 3              MR. MARLATT:  Asked and answered.
 4         A.  Can you repeat that?
 5         Q.  (BY MR. J. SHEPPARD)  Why doesn't Fieldwood just
 6    hire one of these companies to do contract operations?
 7    Why does it hire three; do you know?
 8              MR. MARLATT:  Object to form.
 9         A.  No, sir.
10         Q.  (BY MR. J. SHEPPARD)  Have you ever heard any
11    discussion about that?
12         A.  No, sir.
13         Q.  Has that always been your experience, that
14    platform owners will hire more than one contract operator?
15              MR. BROUSSARD:  Object to form.
16         A.  It's been that way as long as I can remember.
17         Q.  (BY MR. J. SHEPPARD)  Is that how it was at
18    Zapata?  Did they hire multiple contract operators?
19         A.  It wasn't an operating company.
20         Q.  Oh, it wasn't?  Okay.
21              What did Zapata do?
22         A.  A drilling company.
23         Q.  Who are the people that do the contract
24    operations today for Wood Group?
25              MR. BROUSSARD:  Counsel, can we assume you
```

James Hadley
July 13, 2017

51

```
 1    mean at 153?
 2                   MR. J. SHEPPARD:  At the 153 B platform.
 3         A.   That just work for Wood Group?
 4         Q.   (BY MR. J. SHEPPARD)  Uh-huh.
 5         A.   They have Huston Biddle.
 6         Q.   Huston what?
 7         A.   Biddle.
 8         Q.   Huston --
 9         A.   Just got --
10         Q.   -- Biddle.
11         A.   -- hired on.  He's a under-six-month employee.
12         Q.   Okay.
13         A.   And then we have a mechanic that's -- he's not a
14    operator, mechanic.
15         Q.   For Wood Group?
16         A.   Uh-huh.
17         Q.   What's his name?
18         A.   Tommy Barrett.
19         Q.   How long has he worked for Wood Group, as far as
20    you know?
21         A.   I couldn't tell you.
22         Q.   Two years, one year, one month?
23         A.   I couldn't tell you.
24         Q.   One month, maybe?
25         A.   I couldn't tell you.  I mean, I really couldn't.
```

James Hadley
July 13, 2017

```
 1        Q.   So sometimes when people say they can't tell
 2   me --
 3        A.   Well --
 4        Q.   -- I ask -- I ask some follow-up questions.
 5   Because he's worked there more than one day, right?
 6        A.   Yes, sir, I guess so.  He's worked for me more
 7   than one day.
 8        Q.   Okay.  So I'm going to try and narrow in --
 9        A.   Okay.
10        Q.   -- as best as you know.
11             Is it your best approximation that he's
12   worked for Wood Group for more than a year?
13        A.   Yes, sir.
14        Q.   Okay.  What about two years?
15        A.   I couldn't tell you if --
16        Q.   That's when we start to have a hard time.
17        A.   He -- he's worked on my loc -- on 153 B for a
18   little over a year --
19        Q.   Perfect.
20        A.   -- and that's it.
21        Q.   That's why I -- I'm not picking on you --
22        A.   I know what you're saying.
23        Q.   -- when I ask the follow-up.
24             MR. BROUSSARD:  Look, I know you're going to
25   get to IOC, so can I just interject a second, John?  Are
```

James Hadley
July 13, 2017

```
 1   you asking him how long the guy worked for Wood Group at
 2   his platform --
 3                   THE WITNESS:  Yeah --
 4                   MR. BROUSSARD:  -- or are you asking him --
 5                   THE WITNESS:  -- yeah, yeah, I mean,
 6   that's --
 7                   MR. BROUSSARD:  -- how long --
 8                   THE REPORTER:  Whoa, whoa, whoa, whoa.
 9                   MR. BROUSSARD:  Stop.  I'm talking right
10   now.
11                   THE WITNESS:  I'm sorry.
12                   MR. BROUSSARD:  You didn't ask him that.
13   That's what --
14                   MR. J. SHEPPARD:  Yeah --
15                   MR. BROUSSARD:  -- I'm pointing out.
16                   MR. J. SHEPPARD:  -- I think we're doing
17   okay.
18                   THE WITNESS:  I apologize.
19       Q.  (BY MR. J. SHEPPARD)  So I wanted to -- when I
20   ask follow-up questions, sometimes people say I have no
21   idea.  And I don't mean to pick on you.  Then I dig a
22   little deeper.  And you gave the exact answer I was
23   looking for, that he's been at your platform with Wood
24   Group for a little over a year.  That's exactly the
25   approximation I was looking for.  So thank you.
```

James Hadley
July 13, 2017

54

```
 1                 Who else from Wood Group is working out at
 2    the platform?
 3         A.   That's it.
 4         Q.   What about David Foret?
 5         A.   He don't work there no more.
 6         Q.   When did he stop working at the platform?
 7         A.   I don't know the exact date.
 8         Q.   About when?
 9         A.   It's been two years ago, I guess.
10         Q.   What about Tracy Olivier?  Is he still involved
11    with the platform?
12         A.   Yes, sir.
13                 MS. ASHCRAFT:  Object, vague.  But I don't
14    have a microphone.
15         Q.   (BY MR. J. SHEPPARD)  What does he do?
16                 MR. BROUSSARD:  Just put it right here, and
17    we can both grab it.
18         A.   Mechanical supervisor, maybe.  I guess that's his
19    title.  Never really asked him his title.
20         Q.   (BY MR. J. SHEPPARD)  Does he report to you?
21         A.   Me and Sean Bernard, if he's working on 153 B.
22         Q.   Okay.  When he's working at the 153 B, he reports
23    to you and Sean Bernard?
24         A.   Uh-huh.
25         Q.   What does Sean Bernard do?
```

James Hadley
July 13, 2017

```
 1                    MR. MARLATT:  Is that a yes?
 2        A.  Yes, sir.
 3                    MR. J. SHEPPARD:  Yeah, thank you, Ryan.
 4        Q.  (BY MR. J. SHEPPARD)  What does Sean Bernard do?
 5        A.  He is the mechanical super -- superintendent.
 6        Q.  Who does he work with?
 7        A.  Fieldwood.
 8        Q.  Where is Tracy Olivier based?
 9        A.  I have no idea.
10        Q.  It's not at the 153 B?
11        A.  No, sir.
12        Q.  And it's not out in the field, either?
13        A.  Not in our field.
14        Q.  Is it your understanding that he's based onshore
15   somewhere?
16        A.  I really -- every time I've talked to him, he's
17   been all over the place, you know.
18        Q.  Has he ever been to the 153 B?
19        A.  Yes, sir.
20        Q.  Anyone else from Wood Group that we can think of
21   that does work associated with the 153 B?
22        A.  An air compressor mechanic comes by and does
23   quarterlies.
24        Q.  What's his name?
25        A.  I haven't really met him.  Don't know him.  His
```

James Hadley
July 13, 2017

```
 1   first name's Michael.  That's all I know.

 2        Q.   I thought you said his name was Eric?

 3        A.   No, I said Michael.

 4        Q.   Michael is a mechanic for Wood Group?

 5        A.   Air compressor mechanic.

 6        Q.   Air compressor.

 7        A.   Air compressor, not Eric.  I'm sorry.

 8        Q.   Okay.  What about Island?  We're going to go

 9   through the same thing with Island.  Who are the people?

10        A.   Adam Lewis.

11        Q.   Okay.  Uriah Langston?

12        A.   He's not there anymore.

13        Q.   Uriah Langston.

14             Who else?

15        A.   Dwayne -- I can't think of his last name right

16   now.  Son of a gun.  I can't think of his last name, but

17   he's not been there very long.

18        Q.   Okay.

19        A.   That's it as far as --

20        Q.   What did --

21        A.   -- Island.

22        Q.   Sorry.  What does Adam Lewis do for Island?

23        A.   He's a lead operator.

24        Q.   What does Dwayne do?

25        A.   He's a B operator.
```

James Hadley
July 13, 2017

1        Q.   B operator?

2        A.   Yes, sir.

3        Q.   Is Adam Lewis a lead A operator?

4        A.   I guess that's their title.  Lead operator is

5    what -- what I was told, you know.

6        Q.   You used the term "lead operator" for Adam Lewis

7    and B operator for Dwayne?

8        A.   Yeah, that's the designation we use, I guess.

9        Q.   What about Uriah Langston?  What was his title as

10   far as you understood it?

11       A.   C operator, I believe.

12       Q.   And I think I'm on to Shamrock now.  Who are the

13   people?

14       A.   We have Michael Castleberry.

15       Q.   Okay.

16       A.   That's it on my side.

17       Q.   What about Joshua Trahan for Wood Group?

18       A.   He's no longer there.

19       Q.   No longer there?

20       A.   Yeah.

21       Q.   Does Charles Anderson still go out to the

22   Mp 153 B?

23       A.   Yes, sir.

24       Q.   I'm going to ask you some more names, and I want

25   to know if they still go out there.  John Wilson for

James Hadley
July 13, 2017

58

1    Island?

2         A.   I don't know.   I've never heard that name.

3         Q.   And -- and for these people, if you could tell me

4    if you've never heard of them, that would be useful, too.

5                    D. Kervin for Wood Group?

6         A.   I've never heard D. Kervin.

7         Q.   Danny Moss for Linear?

8         A.   Danny Moss.

9         Q.   Does he still go out there?

10        A.   Yes, sir.

11        Q.   Okay.  Dale Belton for Greens?

12        A.   No, sir, he don't come out there no more.

13        Q.   When's the last time he went out to the Mp 153 B?

14        A.   About three years ago.

15        Q.   Okay.  Mike Perryman?

16        A.   Yes, sir.

17        Q.   He still goes out there?

18        A.   He work -- he's a mechanic on the other crew.

19        Q.   Does he still go out there?

20        A.   Yes, sir.

21        Q.   Paul Van Nattan for Panther?

22        A.   I've never heard of that name.

23        Q.   Tyler Schoenberger?

24        A.   Never heard of him.

25        Q.   Percy Hebert?

James Hadley
July 13, 2017

59

1       A.   Don't remember the name.

2       Q.   Okay.  Robert May for Intertex?

3       A.   I believe that's Robert that works for my other

4   crew as a meter guy, yeah.

5       Q.   He still goes out there?

6       A.   Yes, sir, I believe so.

7       Q.   Pete Harris for Intertex?

8       A.   I hadn't heard that one.

9       Q.   Dillon Romero for Shamrock?

10      A.   I haven't -- couldn't tell you by that name.

11      Q.   Okay.  Have you fired anyone off the Mp 153 B

12  platform?

13      A.   Yes, sir.

14      Q.   Who?

15      A.   Who?

16      Q.   Uh-huh.

17      A.   John Hleska.

18      Q.   Why was he fired?

19      A.   He wouldn't follow directions and had a bad

20  attitude.

21      Q.   What directions wouldn't he follow?

22      A.   Directions given to him from the PIC or the lead

23  operator.

24      Q.   What specific directions do you remember giving

25  John Hleska that he didn't follow?

James Hadley
July 13, 2017

1      A.  Can you repeat that again?

2      Q.  What specific directions do you remember giving

3  John that he did not follow?

4      A.  Just day-to-day operations.  If you tell him to

5  do something, ask him to do something, he didn't really

6  like hearing it from a younger PIC.

7      Q.  Was there any specific incident with him or was

8  it just an accumulation of small things?

9      A.  We had digital gauges that needed to be

10  calibrated --

11      Q.  Uh-huh.

12      A.  -- and I -- I asked him not to use them until

13  they were calibrated.  And, sure enough, he was using them

14  again, and that was it, told him, I said, "We needed to

15  talk," and he -- pretty much, that was the end of the --

16  our business relationship.

17      Q.  And he worked for Island, correct?

18      A.  Yes, sir.

19      Q.  Does he still work for Island?

20      A.  I'm not sure.

21      Q.  You said, I don't want you back out on this

22  platform ever again?

23      A.  Ronnie Bonin is actually the one that discussed

24  it with him and, you know, put him -- we sent him in, and

25  he was no longer in -- on our contract.

James Hadley
July 13, 2017

1    Q.  You said he had a bad attitude.  And what was the
2  bad attitude?
3    A.  Not wanting to listen to anything anybody told
4  him.  He knew it.
5    Q.  Did he have any issues with the other crew
6  members?
7    A.  Not that I know of.
8    Q.  Did you fire anyone else off the platform?
9    A.  We had -- I have, yes, sir.
10    Q.  Who else?
11    A.  I can't remember his name.  He was a Wood Group
12  hand, a young -- younger guy.
13    Q.  When did you fire him from the platform?
14    A.  January of this year.
15    Q.  When had he started working at the platform?
16    A.  November, I believe, of 2016.
17    Q.  When you give instructions to people out at the
18  platform, you expect them to follow them, correct?
19    A.  Yes, sir.
20    Q.  And they have to follow them, correct?
21    A.  Yes, sir.
22    Q.  That goes for everyone out there?
23    A.  Yes, sir.
24    Q.  Did you ever see Mr. Raicevic fall at the
25  platform?

James Hadley
July 13, 2017

1      A.   No, sir.

2      Q.   Did you ever see him getting up from a fall?

3      A.   No, sir.

4      Q.   Did an alarm go off at the platform in the early

5  morning hours of December 1st, 2014?

6      A.   I couldn't honestly tell you.  I don't know,

7  so -- I don't remember an alarm.

8      Q.   Okay.  You know that this case is about

9  Mr. Raicevic alleging that he fell in the early morning

10  hours on December 1st, 2014, correct?

11      A.   Yes, sir.

12      Q.   You've heard that before?

13      A.   Yes, sir.

14      Q.   And he says that he was sleeping and the alarm in

15  his room indicating there was an issue went off and he got

16  up to attend to it, right?

17      A.   Yes, sir.

18      Q.   And you've known about that allegation, at least,

19  for quite some time, right?

20      A.   Yes, sir.

21      Q.   And your memory today is better than it's going

22  to be a year from now, right?

23      A.   Yes, sir.

24      Q.   All right.  So I want you to really rack your

25  brain.  You have no recollection one way or the other of

James Hadley
July 13, 2017

63

1    an alarm going off on December 1st, 2014, correct?

2         A.   That's correct.

3         Q.   Have you discussed that allegation with other

4    people?

5         A.   No, sir.

6         Q.   Have you ever discussed with anyone, with the

7    exception of your lawyers, whether or not Mr. Raicevic

8    fell on December 1st, 2014, and whether or not an alarm

9    went off on December 1st, 2014?

10        A.   No, sir.

11        Q.   And by "with anyone," I mean anyone, anyone at

12   the platform, anyone onshore, anyone.

13        A.   No, sir.

14        Q.   Have you ever discussed with Charles Anderson

15   those issues, whether or not Mr. Raicevic fell or whether

16   or not an alarm went off on December 1st, 2014?

17        A.   No, sir.   The only thing that was discussed with

18   him was he said he had to go to a deposition.   That was

19   it.

20        Q.   But you and him did not discuss Mr. Raicevic,

21   this case, the allegations --

22        A.   No, sir.

23        Q.   -- or what may or may not have happened on

24   December 1st, 2014, at all?

25        A.   No, sir.

James Hadley
July 13, 2017

1    Q.   And, in fact, you've never discussed that with

2    anyone besides your lawyer?

3    A.   No, sir.

4    Q.   Correct?

5    A.   That's correct.

6    Q.   When an alarm goes off -- alarms do go off at the

7    platform in the middle of the night, correct?

8    A.   Yes, sir.

9    Q.   When they do go off, an alarm sounds in your room

10   and the mechanic's room, correct?

11   A.   No, sir.

12   Q.   Where does the alarm sound?

13   A.   The alarm sounds throughout the quarters

14   building.   They do have some alarms, old stuff, I don't

15   even know if it still works, upstairs in the lead

16   operator's room.   As far as -- the announciator on it just

17   goes out through the quarters building.

18   Q.   Okay.   You're not aware of any alarm that sounds

19   only in the mechanic's room and your room?

20   A.   There's not one.

21   Q.   Okay.   And by -- and mechanic's room, I'm using

22   that to refer to the room that Mr. Raicevic would have

23   been sleeping in.

24   A.   Right, there's no -- there's not a -- just an

25   alarm that goes off in there.

James Hadley
July 13, 2017

1      Q.   I just want to make sure I'm using the right

2   words.  Mr. Raicevic was a mechanic, correct?

3      A.   Yes, sir.

4      Q.   The mechanic has a room on the Mp 153 B?

5      A.   Yes, sir.

6      Q.   It's his room and only his room?

7      A.   No, sir.

8      Q.   Who else sleeps in there?

9      A.   There's -- whoever needs to.

10      Q.   How many beds are in there?

11      A.   There's three.

12      Q.   Okay.  Got it.  What do you refer to that room

13   as?

14      A.   It's been referred to as the mechanic's room.

15      Q.   Okay.  Then I think I'm comfortable using that

16   term.

17      A.   Yeah.

18      Q.   Okay.  It's your understanding that if an alarm

19   goes off, it sounds everywhere in the living quarters?

20      A.   Yes, sir.

21      Q.   Are you saying that every single room in the

22   living quarters has a speaker?

23      A.   No, sir.

24      Q.   Where does the sound come out of?  Where are the

25   speakers in the living quarters?

James Hadley
July 13, 2017

1      A.   We have an announciator with the speakers on it,
2   and then in the offices, you have a speaker that
3   illuminates it through the quarters.   It's a piercing
4   sound.
5      Q.   Okay.   You're aware of two locations where the
6   noise comes out, correct?
7      A.   Actually, four.
8      Q.   Okay.   Let's go through all four.   You said an
9   annunciator, which is a word I don't know, and then a
10  speaker in the offices?
11     A.   You have -- the announciator that actually gives
12  you the alarm.   It relays from the master panel to that
13  alarm, and then it goes from there to -- we have two
14  speakers in each office.   They're small speakers, you
15  know.   So you've got four -- actually, six speakers that
16  I -- that I know of.
17     Q.   Okay.   So I know you're probably tired of
18  answering questions about this, but I think it's
19  important.
20     A.   Yes, sir.
21     Q.   Does the annunciator itself have any speakers on
22  it?
23     A.   Yes, sir.
24     Q.   So there is actually noise coming from the
25  annunciator?

James Hadley
July 13, 2017

1       A.   Yes, sir.

2       Q.   Does it have two speakers?

3       A.   It has one on it, and then there's one in the

4   office itself.

5       Q.   Where is the annunciator actually located?

6       A.   In the electrician and mechanic's office.

7       Q.   Is that one office or is that two offices?

8       A.   It's one.

9       Q.   And that's not where people are sleeping?

10      A.   No, sir.

11      Q.   So that's one of our six speakers?

12      A.   Yes, sir.

13      Q.   All right.  Where are the other five speakers?

14      A.   You got one in each office.  My office, you got

15  one there -- actually, there's one in the lead operator's

16  office or operator's office, and then there's one in the

17  galley.  I'm sorry.  That's the other one.

18      Q.   That's three more places.

19      A.   Right.

20      Q.   Now, where are the remaining two speakers?

21      A.   You got one in the TV room and then one at the

22  edge of the hallway right there.  It's -- I'm trying to

23  think if there's any more in that section.  And then they

24  got two speakers on -- in the living -- living quarters up

25  above, one on each end of the hall.  It goes through the

James Hadley
July 13, 2017

1   announciator -- I mean, Guytronix speakers, it goes

2   through it up there.

3       Q.  Uh-huh.

4       A.  That's the only ones that I know of.

5       Q.  I think our number has maybe grown a little bit

6   more than six.

7       A.  Well, I'm --

8       Q.  No, is that okay, though?

9       A.  Yeah.

10      Q.  It sounds like there might be more than six?

11      A.  There may be, yeah.

12      Q.  So let me try to reverse it.  Are there any alarm

13  speakers in the mechanic's bedroom?

14      A.  I'm not sure if they're still in there or not.

15  Like I said, they have -- years ago, there were speakers

16  in that -- you know, in your main rooms.  But there is

17  no -- there has no -- been no speakers in a while --

18      Q.  Okay.

19      A.  -- that I know of.

20      Q.  And I'm just going for your understanding.  Your

21  understanding is there are no working speakers in the

22  mechanic's sleeping quarters?

23      A.  Yes, sir.

24      Q.  And there haven't been since 2014?

25      A.  I couldn't tell you if it was before then or

James Hadley
July 13, 2017

69

1    after then, honestly.  I don't go up and inspect their --

2    you know, their rooms every day or every time I'm out

3    there.  They -- we don't mess with those speakers or

4    whatever.

5         Q.  Okay.

6         A.  They changed the Guytronix out -- it had to be in

7    two thousand -- that was before 2014, so there would --

8    shouldn't been a speaker in there.

9         Q.  Okay.  Are you saying the word "electronics"?  It

10   almost sounds like you're saying Guytronix.

11        A.  Electronics?

12        Q.  Electronics.

13        A.  I said Guytronix speaker.

14        Q.  Guytronix speaker.

15        A.  A Guytronix speaker.

16        Q.  Am I saying it right, Guytronix?

17        A.  Guytronix, yes, sir.

18        Q.  Okay.  What is a Guytronix speaker?

19        A.  That's how we communicate outside and all.  We

20   have speakers and . . .

21        Q.  All right.  So it's your understanding that

22   before 2014, the electronics were changed and the speakers

23   in the mechanic's room were no longer used?

24        A.  Yes.

25        Q.  All right.  Before that change occurred -- are

James Hadley
July 13, 2017

1    you with me?

2        A.  Yes, sir.

3        Q.  -- were there two alarm systems or was there only

4    one?

5        A.  Can -- can you repeat that, the way --

6        Q.  I'm not talking about today.  I'm talking about

7    before the electronics were changed.

8        A.  Uh-huh.

9        Q.  Okay?  Were there two alarm systems or was there

10   only one?

11       A.  There were two.

12       Q.  All right.  Now there's only one?

13       A.  There's two.

14       Q.  There's still two.  All right.

15           What are the two alarm systems today?

16   There's the one we've just described at length with all

17   these speakers.

18       A.  Right.

19       Q.  What's the other one?

20       A.  Air horn.

21       Q.  All right.  Where does the air horn sound from?

22       A.  Where does it come from?

23       Q.  Correct.

24       A.  The master panel.

25       Q.  Does it sound -- does it go off at the same time

James Hadley
July 13, 2017

71

1    that this other system is going off?

2         A.   Yes, sir.

3         Q.   All right.  So I think my question about there

4    being two systems may have been confused -- confusing.  I

5    want to know if there's one set of speakers that goes off

6    for certain occasions and a different system that goes off

7    on different occasions.  Does that make sense?

8         A.   We have a -- one system that goes off.

9         Q.   Bingo.  And that has always been the case?

10        A.   No.

11        Q.   Was there a time when that was different?

12        A.   Yes.

13        Q.   When?

14        A.   Years ago.

15        Q.   What was the difference years ago?

16        A.   When you have a temp scanner alarm, they had a

17   horn by itself years ago --

18        Q.   Okay.

19        A.   -- on a compress -- gas compressor.

20        Q.   Okay.  So years ago --

21        A.   Uh-huh.

22        Q.   -- there was one type of alarm that was separate

23   from the other types of alarm --

24        A.   Yes.

25        Q.   -- and that was the temps scanner alarm

James Hadley
July 13, 2017

1    concerning the gas compressor?

2         A.  Yes, sir.

3         Q.  Yes?

4         A.  Yes, sir.

5         Q.  You're talking so quiet.

6         A.  It's a different tone is all it was on the -- you

7    had a different tone for a air horn --

8         Q.  Uh-huh.

9         A.  -- and a light that would blink.

10        Q.  Uh-huh.

11        A.  And that was right after I got there it was

12   discontinued.

13        Q.  Back in 2000?

14        A.  Yes, sir.

15        Q.  So it -- what you're describing, this different

16   tone and a light for only the temps scanner alarm, was

17   discontinued shortly after the year 2000?

18        A.  Yes, sir.

19        Q.  And that was the same system, it just had a

20   different tone and a light based on what was triggering

21   it?

22        A.  Yes, sir.

23        Q.  All right.  So in 2014, there was one system, one

24   tone that sounded from all the alarms no matter what the

25   alarm was?

James Hadley
July 13, 2017

1     A.  Yes, sir.

2     Q.  Okay.  And you described that sound as a loud

3 piercing sound?

4     A.  Yes, sir.

5     Q.  Are you saying yes?

6     A.  Yes, sir.

7     Q.  You're almost whispering.

8          MR. MARLATT:  Do you need some water?

9     A.  I'm trying to think.  Can you repeat your

10 question --

11     Q.  (BY MR. J. SHEPPARD)  Yeah.

12     A.  -- the last question?

13     Q.  Yeah.

14     A.  The way -- the way you asked it.  Is there one

15 system.  Can you repeat it?

16     Q.  And by "system," I mean all of the speakers are

17 all connected and they all go off when an alarm is

18 sounded, correct?

19     A.  Yes, sir.

20     Q.  And there's just -- back in 2014, there was just

21 one system that triggered all of the alarms?

22     A.  Yes, sir.

23     Q.  Okay.  And how would you describe the sound made

24 by those alarms?

25     A.  Just like a screeching noise.

James Hadley
July 13, 2017

74

1      Q.   Okay.  When an alarm goes off and the mechanic --
2   let me start over.
3            When an alarm goes off, is the mechanic
4   required to attend to it?
5      A.   Yes, sir.
6      Q.   Yes?
7      A.   Depending on if it's a mechanical situation.
8      Q.   But when the alarm first goes off, you don't know
9   what it's for?
10     A.   Right, you have to go to your master panel and
11  you see what's going on.
12     Q.   Where is the master panel?
13     A.   Located on the plus 40 production level.
14     Q.   On the first floor?
15     A.   On the production level, the plus 40.
16     Q.   Plus 40.
17     A.   Yeah.
18     Q.   All right.  I've never heard that before.  So I'm
19  going to need you to explain it to me.  What's a plus 40?
20     A.   That's just the production deck.  That's how high
21  it is out of the water.
22     Q.   40 feet?
23     A.   Yes, sir.
24     Q.   Okay.  So plus 40 means the production level.
25  That's the first level of the platform that's roughly

James Hadley
July 13, 2017

75

1    40 feet above the water?

2         A.   Yes, sir.

3         Q.   The living quarters are above that, correct?

4         A.   Yes, sir.

5         Q.   So the mechanic, when an alarm goes off, has to

6    get out of his room and go down to the production deck,

7    correct?

8         A.   No, sir.

9         Q.   Is he on the production deck?

10        A.   He doesn't go to the production -- he don't go to

11   the production deck.  He goes to either where we need him;

12   if we need him down there, if we need him in the

13   compressor building; or if the compressor goes down, he

14   goes.

15        Q.   Okay.  The reason why I thought he goes to the

16   production deck is because you said when an alarm goes

17   off, he has to go visit the master panel, correct?

18        A.   No, I didn't --

19        Q.   You didn't say that?

20        A.   I didn't say that.

21        Q.   Who goes to visit the master panel after an alarm

22   goes off?

23        A.   The production operators.

24        Q.   Okay.  It's your testimony when an alarm goes

25   off, the production operators go and look at the master

James Hadley
July 13, 2017

76

1    panel, and then, I guess, you're going to tell me and then

2    tell the mechanic where to go?

3        A.   Right, if -- where -- where we need him over the

4    Guytronix.

5        Q.   Over the Guytronix?

6        A.   Yes, sir.

7        Q.   They will announce it over the speaker?

8        A.   Yes, sir.

9        Q.   If they see him, they can also just tell him,

10   correct?

11       A.   Yes, sir.

12       Q.   All right.  I think I got what you're saying.

13             And the master panel will tell the operator

14   where there's a problem and where the mechanic needs to

15   go?

16       A.   Yes, sir.

17       Q.   Can you read the master panel and decipher what

18   the problem is and where the mechanic needs to go?

19       A.   Yes, sir.

20       Q.   Okay.  You know how to do that?

21       A.   Yes, sir.

22       Q.   What's the panel in the compressor room called?

23       A.   Compressor panel.

24       Q.   That's different than the master panel?

25       A.   Yes, sir.

James Hadley
July 13, 2017

```
 1        Q.   The master panel's smaller?

 2        A.   No, sir.

 3        Q.   It's just as big?

 4        A.   Bigger.

 5        Q.   Okay.  Let me see if I've got photos of the right

 6   stuff.  I'm going to mark it -- I'm holding up -- is that

 7   the master panel?

 8        A.   I don't know.  I can't tell.  I can't tell.

 9        Q.   Why don't we mark this.

10        A.   Yeah, it's a good picture.

11             MS. ASHCRAFT:  You don't have extra copies,

12   do you?

13             MR. J. SHEPPARD:  Yeah, I have one extra

14   copy.

15             MS. ASHCRAFT:  Ryan, do you want it?

16             MR. MARLATT:  I'll pass it around as soon as

17   I take a look at it.

18             MS. ASHCRAFT:  Okay.

19             (Exhibit 1 marked.)

20        Q.   (BY MR. J. SHEPPARD)  I'm creating -- this is

21   Exhibit 1 to your deposition.

22        A.   No, that's -- that's --

23             MR. MARLATT:  Wait until he asks a question.

24        Q.   (BY MR. J. SHEPPARD)  Yeah.

25        A.   I'm sorry.
```

James Hadley
July 13, 2017

```
 1        Q.   Okay.  I'll represent to you your lawyer sent me
 2   these photos.
 3        A.   Uh-huh.
 4        Q.   And if you'll look at the front --
 5             MR. MARLATT:  Hang on.  Those don't have my
 6   Bates label on them.
 7             MS. ASHCRAFT:  Those are --
 8             MR. J. SHEPPARD:  Yeah, they do.
 9             MS. ASHCRAFT:  -- Wood Group.
10             MR. J. SHEPPARD:  Oh, excuse me.  You're
11   right.
12        Q.   (BY MR. J. SHEPPARD)  Wood Group's lawyers sent
13   me these documents.
14        A.   Okay.
15        Q.   I thought it was Fieldwood.
16             You see the front of Exhibit 1 to your
17   deposition, there's a little sticker on this glass panel.
18   It says Mp 153 B.  Do you see that?
19        A.   Yes, sir.
20        Q.   And if you go to the next page, you'll have what
21   I believe is a closer-up photo of -- of the first page to
22   Exhibit 1.  Do you see that?
23        A.   Yes, sir.
24        Q.   Okay.  What is -- what are we looking at?  Do you
25   know what we're looking at?
```

James Hadley
July 13, 2017

79

```
 1        A.   Yes, sir.

 2        Q.   Yes.  What is it?

 3        A.   Announciator panel.

 4        Q.   That's the annunciator panel?

 5        A.   Yeah, annunciator, I'm sorry.

 6        Q.   I actually don't even know what that word means,

 7   but I'm going off what you're saying.

 8        A.   Right.

 9        Q.   Annunciator panel.  But there's a speaker on this

10   panel somewhere, correct?

11        A.   Yes, sir.

12        Q.   This is located on what floor of the platform?

13        A.   This is in the office -- mechanic and

14   electrician's office.

15        Q.   Which is what, the second floor?

16        A.   First floor.

17        Q.   First floor?

18             Let me make sure I get the floors right.  Is

19   the production level the first floor?

20        A.   Are you talking about in the oil -- in the living

21   quarters or are you talking about the platform itself?

22        Q.   Platform itself.  What -- we can use your

23   terminology.  What's the first level called?

24        A.   Plus 10.

25        Q.   Plus 10?
```

James Hadley
July 13, 2017

80

```
 1        A.   Yeah.
 2        Q.   Okay.  And that's what, where you get -- where
 3   you load things and get off things?
 4        A.   That's where -- the boat landing.  You got a boat
 5   landing, you got a plus 10.
 6        Q.   All right.  What's the second level?
 7        A.   Plus 40.
 8        Q.   That's the production deck?
 9        A.   Yes, sir.
10        Q.   That's where the compressor building is kept?
11        A.   No, sir.
12        Q.   Where is the compressor building?
13        A.   Plus 80, on the same level as the living
14   quarters.
15        Q.   Plus 80?
16        A.   Yes, sir.
17        Q.   Got it.
18             Is there anything above the plus 80?
19        A.   Except for the living quarters.
20        Q.   Okay.  So maybe I'm confused.  From where
21   Mr. Raicevic is sleeping at night --
22        A.   Uh-huh.
23        Q.   -- if he wants to go to look at the actual
24   compressor --
25        A.   Uh-huh.
```

James Hadley
July 13, 2017

81

1      Q.   -- does he have to go down a set of stairs?

2      A.   Yes, sir.

3      Q.   All right.  What level is he sleeping on?

4      A.   He's sleeping on the second level of the living

5      quarters.

6      Q.   Got it.

7            The living quarters is on the plus 40, but

8      it's got two -- two stories?

9      A.   It's on the plus 80.

10     Q.   The living quarters is on the plus 80?

11     A.   Yeah.

12     Q.   Living quarters is not on the plus 40?

13     A.   No.

14     Q.   Where are the offices?

15     A.   On the plus 80.  That's the first floor of the

16     living quarters.

17     Q.   I don't know if I'm the only one in the room

18     that's thoroughly confused.  Maybe it's because my

19     questions are no good.

20            He does -- Mr. Raicevic, if he's sleeping at

21     night and needs to go to the compressor building to check

22     on it, he does need to go down a set of stairs, correct?

23     A.   Yes, sir, in the living quarters.

24     Q.   He's starting off at the living quarters,

25     correct?

James Hadley
July 13, 2017

82

1     A.  Yes, sir.

2     Q.  Which is on the plus 80 level?

3     A.  The living quarters is here.

4     Q.  Uh-huh.

5     A.  You got three stories of living quarters.

6     Q.  Uh-huh.

7     A.  Those are -- the living quarters is set on the

8 plus 80 --

9     Q.  Okay.

10    A.  -- okay?  When you come in living quarters, you

11 got the first floor.  You go up a set of stairs to the

12 second floor, another set of stairs to the third floor.

13 That's -- that's what I was meaning.  I didn't --

14    Q.  No, that's perfect.

15         And Mr. Raicevic slept on what level of the

16 living quarters?

17    A.  Second.

18    Q.  So an alarm goes off, he wants to go check in the

19 compressor building, he leaves his bedroom on the second

20 level of the living quarters, correct?

21    A.  Uh-huh.

22    Q.  And walk me through all the stairs and levels he

23 must take to go look at the compressor.

24    A.  He comes out one -- down one set of stairs and

25 across two sections and up another set of stairs to the

James Hadley
July 13, 2017

83

1   compressor building just like a stairway -- ten steps, I

2   guess.

3       Q.   Okay.  And the compressor building is on what

4   level, plus 80 or plus 40?

5       A.   Plus 80.

6       Q.   It's on plus 80.  Got it.

7            Okay.  On the first level of the plus 80,

8   the first story?

9       A.   Yes, sir.

10      Q.   All right.  Is that frustrating?

11      A.   No, sir.

12      Q.   The annunciator panel that we're looking at,

13  where is this located?

14      A.   Mechanic and electrician's office.

15      Q.   And what level of the living quarters is that

16  located at?

17      A.   The first floor.

18      Q.   Okay.  This is not the master panel?

19      A.   No, sir.

20      Q.   Looking -- if an alarm goes off, does anything

21  light up on this annunciator panel?

22      A.   Yes, sir.

23      Q.   Okay.  When that happens, does that tell you

24  where the problem is?

25      A.   Yes, sir.

James Hadley
July 13, 2017

1      Q.   If there's a problem in the compressor, which

2   light comes on?

3      A.   You have two lights.  You have one that says

4   compressor temp scan --

5      Q.   Uh-huh.

6      A.   -- and then compressor -- I can't -- I don't

7   remember exactly what it says, compressor down or

8   compressor shutdown.

9      Q.   If you look at the second page, you might be able

10  to make it out.

11     A.   Yeah, compressor shutdown.

12     Q.   Okay.  So if you -- here's a -- I'll give you a

13  pen.

14     A.   Uh-huh.

15     Q.   If you can circle what lights come on if there's

16  a problem with the compressor.

17     A.   These two right here, either/or, or both.

18  You can -- you can get one alarm by itself, the -- the

19  compressor temperature scan, it will blink, and if you fix

20  it, it will go back off.  If not, it will shut down.

21          MR. MARLATT:   Let him ask a question.

22     A.   I'm sorry.

23     Q.   (BY MR. J. SHEPPARD)  So if either of those two

24  lights go on, the person looking at that knows I need to

25  go visit the compressor building because that's where the

SLS Litigation Services, LLC
832.998.0015

James Hadley
July 13, 2017

85

1    problem is?

2         A.   Yes, sir.

3         Q.   Okay.   But they don't know if those two lights

4    come on what the specific problem is, do they?

5         A.   No, sir.

6         Q.   They still have to go to the compressor building

7    and figure that out, right?

8         A.   Yes, sir.

9                   (Exhibit 2 marked.)

10        Q.   (BY MR. J. SHEPPARD)   Let me give you Exhibit 2

11   to your deposition.   Have you seen this before?

12        A.   Yes, sir.

13        Q.   What are we looking at here, Exhibit 2?

14        A.   Compressor panel.

15        Q.   Okay.   Does anything light up on the compressor

16   panel when an alarm goes off?

17        A.   Yes, sir.

18        Q.   Which of these are lights that can come on if

19   there's a problem?

20        A.   The temp scan.

21        Q.   Circle the temp scan for me.

22        A.   (Witness complies.)

23        Q.   And that looks like a little keypad, black panel

24   that you've circled, correct?

25        A.   Yes, sir.

James Hadley
July 13, 2017

1      Q.   And if there's an alarm and a --

2           MS. ASHCRAFT:  John, can you show us where

3    that is, please.

4           MR. J. SHEPPARD:  Sure.  He circled right

5    there.

6           MS. ASHCRAFT:  Okay.

7      Q.   (BY MR. J. SHEPPARD)  If there's an alarm

8    involving -- what does it have to involve, temperature?

9      A.   Temperature imbalance.

10     Q.   What does balance mean?

11     A.   I'm not 100 percent sure.  That's just what I was

12   told, when an alarm goes off, call a mechanic.

13     Q.   Okay.  Then that -- if that happens, temperature

14   imbalance, then this black panel will be reacting in some

15   way?

16     A.   Yes, sir.

17          MR. BROUSSARD:  Can I ask if the word that's

18   being said is balance or ballast?

19          THE WITNESS:  Balanced.  Temperature --

20          MR. BROUSSARD:  Balance --

21          THE WITNESS:  -- imbalanced.

22          MR. BROUSSARD:  -- b-a-l-a-n-c-e?

23          MR. MARLATT:  Temperature imbalance.

24          MR. BROUSSARD:  Okay.  Thank you.

25     Q.   (BY MR. J. SHEPPARD)  Oh, are you saying

James Hadley
July 13, 2017

87

1    temperature imbalance or temperature and balance?

2          A.   Temperature imbalance.

3          Q.   Imbalance?

4          A.   Yeah.

5          Q.   Got it.

6               What does this panel do when that occurs?

7          A.   It will either alarm or shut down.

8          Q.   I mean, what -- does the actual panel blink?

9    Does it turn green?

10         A.   You have a red blinking light on it that tells

11   you when you got an Alarm 1 or an Alarm 2.

12         Q.   What's an Alarm 1?

13         A.   Just an alarm.

14         Q.   Meaning there's something wrong?

15         A.   Meaning there's something wrong, you need to --

16   you need to check it and check your temperatures.

17         Q.   What's an Alarm 2?

18         A.   Shut down.

19         Q.   It's about to shut down?

20         A.   No, they shut down.

21         Q.   It's already shut down?

22         A.   It shuts down immediately with an Alarm 2.

23         Q.   Okay.   Are there sometimes where something start

24   out an Alarm 1 and becomes an Alarm 2?

25         A.   Yes, sir.

James Hadley
July 13, 2017

1      Q.   The problem has progressed and not been fixed, so

2   we'll go from blinking Alarm 1 to we're shutting down

3   Alarm 2?

4      A.   Yes, sir.

5      Q.   Is there a different light that happens when it

6   goes to Alarm 2?

7      A.   Yes, sir.

8      Q.   What is the difference?

9      A.   It's just in a different spot.

10      Q.   On this panel here?

11      A.   Yes.

12      Q.   Can you point -- can you point that out on this

13   panel --

14      A.   I mean.

15      Q.   -- where the Alarm 1 versus Alarm 2 is?

16      A.   Alarm 1's right here, and Alarm 2's right there.

17      Q.   And put a 1 by the dot you just put for Alarm 1.

18      A.   1.

19      Q.   And put a 2.

20      A.   And 2.

21      Q.   Okay.  I want to make sure --

22           MR. MARLATT:  That's -- that's what I'm

23   trying to figure out.  Okay.  You can barely.

24      Q.   (BY MR. J. SHEPPARD)  I can read it.  Your 2

25   barely looks like a 2, but the 1 is clearly a 1, but I got

James Hadley
July 13, 2017

```
 1    it.  It's good enough.
 2              MR. MARLATT:  No worries.  This isn't a
 3    handwriting test.
 4        Q.  (BY MR. J. SHEPPARD)  No, it's fine.  I know it's
 5    small.
 6              Okay.  Is there anything else on this master
 7    panel that will trigger or react if there's a problem with
 8    the compressor?
 9        A.  Yes, sir.
10        Q.  There's lots of things, right?
11        A.  Yes, sir.
12        Q.  Can you point out anything else that might
13    trigger -- that does trigger when there's a problem?
14        A.  Yes, sir, there's -- I mean, this is what that
15    panel does.  It -- every -- it monitors, and when you have
16    an upset, it -- it shuts things down.
17        Q.  Essentially all of these gauges, if they get out
18    from where they need to be, can trigger an alarm and --
19    and ultimately cause the shutdown?
20        A.  Yes, sir.
21        Q.  Do you know where the gauge or the alarm or the
22    sensor for the Tribone pump is?
23        A.  The -- the what now?
24        Q.  Do you know what a Tribone pump is?  Have you
25    ever heard of that?
```

James Hadley
July 13, 2017

1      A.   A Tribone pump?

2      Q.   Uh-huh.

3      A.   A Trabon pump?

4      Q.   Trabon.   Have you heard of a Trabon pump?

5      A.   Yeah, I've heard of a Trabon --

6      Q.   Have you --

7      A.   -- pump?

8      Q.   -- heard of a Tribone pump?

9      A.   Huh-uh.

10     Q.   I'm probably wrong in saying Tribone.

11     A.   I'm sorry.

12     Q.   Don't take my word for it.  You've heard of

13  Tra --

14     A.   My terminology --

15          THE REPORTER:  One at a time, please.

16          THE WITNESS:  I'm sorry.

17     Q.   (BY MR. J. SHEPPARD)  You have heard of Trabon

18  pump?

19     A.   Trabon pump, yes, sir.

20     Q.   That makes more sense.

21          How do you spell Trabon?

22     A.   I --

23     Q.   If you're forced to at a deposition.

24     A.   Not my strong suit, but T-r-a-y-b-o-n.

25     Q.   Okay.

James Hadley
July 13, 2017

91

```
 1          A.   Trabon -- I mean, I don't know.
 2          Q.   What's your understanding of what a Trabon pump
 3     is?
 4          A.   It pumps lube oil.
 5          Q.   What's --
 6               MS. ASHCRAFT:   Pumps what?  I'm sorry.
 7               THE WITNESS:   Pumps lube oil.
 8               MR. J. SHEPPARD:   Lube oil.
 9               THE WITNESS:   Yeah.
10          Q.   (BY MR. J. SHEPPARD)  Which of these gauges or
11     sensors corresponds to the Trabon pump?
12          A.   It's actually on the wall right here.
13          Q.   Circle it and put a T above it, please.
14          A.   (Witness complies.)
15          Q.   If something's wrong with the Trabon pump, what
16     is that area you just circled and put a T over going to
17     do?
18          A.   It lights up red.
19          Q.   Can I see what you've done, make sure you've got
20     a good T?
21               Yeah.  That will light up red.
22               What about these -- I'm holding it up.  What
23     about these gauges down here?
24          A.   Uh-huh.
25          Q.   What do those do; do you know?
```

James Hadley
July 13, 2017

```
 1        A.   That's just your wink -- winkies, they call them.
 2   If you have a problem, they -- they flip.
 3             MS. ASHCRAFT:  John, could you put that
 4   up --
 5        A.   They don't light up or nothing.
 6        Q.   (BY MR. J. SHEPPARD)  Yeah, can you hold up
 7   Exhibit 2 to your deposition, please.
 8        A.   Uh-huh.
 9        Q.   And turn it towards the camera.  Hold it right in
10   front of your chest.
11             And I'm asking you:  On the bottom
12   right-hand portion of this master panel --
13             MR. MARLATT:  Yeah, don't -- I'm just trying
14   to --
15        Q.   (BY MR. J. SHEPPARD)  Yeah, those are -- you
16   called them winkies?
17        A.   Yeah, they're -- that's what we call them,
18   winkies.
19        Q.   Okay.
20        A.   I mean, indicators --
21        Q.   Yeah.
22        A.   -- winkies.  They trip green, red, green, red.
23        Q.   Okay.  But holding this up, all of these gauges
24   and panels are indicators and triggers that could set off
25   an alarm?
```

James Hadley
July 13, 2017

```
 1              MR. MARLATT:  I'm going to object to the

 2    form of the question.  I think you're confusing him, John.

 3    You're asking if the panel sets off the alarm.  I don't --

 4        Q.  (BY MR. J. SHEPPARD)  I mean --

 5              MR. MARLATT:  -- I think that's what's got

 6    him confused.

 7        Q.  (BY MR. J. SHEPPARD)  -- all of these gauges

 8    and -- all of these gauges and indicators are --

 9    on Exhibit 2 are measuring things that if they get out of

10    whack can set off an alarm?

11        A.  Not everything on here is a -- an alarm, no.

12        Q.  Okay.  What on here is not a potential alarm?

13        A.  You have your air compressor.  I mean, you've got

14    several things that just are -- are monitoring for us, for

15    operator use only.  It's not a -- a shut down or anything

16    like that.

17        Q.  Okay.  And you're pointing to these gauges at the

18    top?

19        A.  Uh-huh.

20        Q.  Down at the bottom, these little circles, they

21    look -- would these -- would these almost like windows --

22    are those windows?

23        A.  No, they're --

24        Q.  They're lights?

25        A.  That is -- no, that is the winky, the indicator.
```

James Hadley
July 13, 2017

94

1      Q.   Okay.   And it looks like we have three rows of

2  indicators?

3      A.   Uh-huh.

4      Q.   Yes?

5           MR. MARLATT:   Say yes.

6      A.   Yes, sir.

7      Q.   (BY MR. J. SHEPPARD)   And we have some of those

8  indicators that look like they're up above in these upper

9  rows, too, right?

10     A.   Yes, sir.

11     Q.   Okay.   And you said those indicators turned red

12  or green?

13     A.   Yes, sir.

14     Q.   Green means good?

15     A.   Yes, sir.

16     Q.   But if they -- if they turn red, that means

17  that's the problem?

18     A.   Yes, sir.

19     Q.   And if those indicators turn red, an alarm will

20  sound?

21     A.   Yes, sir.

22     Q.   Okay.   Who sets -- who sets the standards by

23  which those winkies are triggered?

24     A.   Can you ask -- can you ask --

25     Q.   Yeah.

James Hadley
July 13, 2017

1      A.  -- me that one more time, because I'm kind of

2   confused on what you're asking.

3      Q.  Yeah, let me ask -- you have an air-conditioning

4   system at your house?

5      A.  Yes, sir.

6      Q.  Okay.  And sometimes air-conditioning systems,

7   you can say I want to keep the temperature at 72, right?

8      A.  Right.

9      Q.  And the AC will stay off unless and until the

10  temperature gets to 72 and then it comes on, right?

11     A.  Yes, sir.

12     Q.  And it comes on because you went over to that AC

13  panel and you put in cooling at 72 --

14     A.  Yes, sir.

15     Q.  -- right?

16          These winkies and these gauges and all the

17  things that set off alarms, they start an alarm after

18  something happens, right?

19     A.  Uh-huh.

20     Q.  I want to know who determines what that thing

21  which happens, who determines that?

22     A.  The government.

23     Q.  The government?  Okay.

24          And you follow what the government says?

25     A.  Yes, sir.

James Hadley
July 13, 2017

1    Q.  Who actually does the programming of this with

2  those I call metrics, those standards?

3    A.  I have no idea.

4    Q.  Okay.  Is there anything at the platform -- back

5  up.

6             Are there any alarms at the platform that go

7  off that require -- that require three minutes to respond

8  to?

9    A.  Three minutes to --

10    Q.  Approximately three minutes to respond to.

11    A.  Not that I know of.  I really don't know.  I

12  couldn't tell you.

13    Q.  Are there any alarms or triggers that require a

14  certain amount of time to respond to?

15    A.  Repeat that again.

16    Q.  Are there any alarms or triggers that require a

17  certain amount of time to respond to before there's a

18  shutdown or some other thing happens?

19    A.  If we get a -- an alarm on the panel, it -- you

20  know, that's -- we want it to shut down.

21    Q.  And I'm asking about the time.  Are there any

22  alarms or triggers that go off and trigger an amount of

23  time before something happens?

24             MR. MARLATT:  Objection to form.  Vague.

25             MR. BROUSSARD:  I'll join.

James Hadley
July 13, 2017

97

```
 1        A.  I don't -- we have the -- the temp scanner

 2   alarm --

 3        Q.  (BY MR. J. SHEPPARD)  Uh-huh.

 4        A.  -- I mean, if it gets out of whack -- I mean, if

 5   it's above or below a certain temperature, it will shut

 6   down or it will alarm.  Well, if it alarms and it goes up

 7   too high or too low, it's going to shut down.  That would

 8   be the only time stamp -- I mean, if you have an alarm on

 9   it, it's going to shut down.

10        Q.  Does Fieldwood do any drills where they ask

11   employees to respond to an alarm in a certain amount of

12   time?

13        A.  No, sir.

14        Q.  No?

15        A.  No.

16        Q.  What's an ESD?

17        A.  It's a ESD that shuts down a complete platform.

18        Q.  Does Fieldwood drill on ESDs?

19        A.  We test our components.  We don't do a drill.

20        Q.  You don't do any drills with employees of

21   responding to ESDs?

22        A.  No.

23        Q.  And when you're testing the ESD system, do you

24   test whether or not there is a shutdown after a certain

25   amount of time?
```

SLS Litigation Services, LLC
832.998.0015

James Hadley
July 13, 2017

98

1      A.   Yes, sir.

2      Q.   What's that amount of time?

3      A.   Two minutes and 45 seconds.

4      Q.   Okay.   How often do you do that drill?

5      A.   Once a month.

6      Q.   Who participates in the drill?

7      A.   Whoever's there, the mechanic's there or

8   production employees, not --

9      Q.   Tell me what a mechanic does during an ESD drill.

10          MS. ASHCRAFT:   I'm going to object as vague.

11   Is drill a term?

12     A.   No, it's not part of a drill.   It's -- he -- it's

13   a testing of our components --

14     Q.   (BY MR. J. SHEPPARD)   Tell me what --

15     A.   -- once a month.

16     Q.   Sorry.   Tell me what the mechanic does during

17   that testing.

18     A.   A lot of -- most of the time the mechanic's not

19   there, so -- but if he is, he goes in the compressor

20   building --

21     Q.   Okay.

22     A.   -- and he'll wait on us.   Once we do our

23   shutdown, then he'll bring the unit back up.   That's it.

24     Q.   Okay.   So you lost me.   What unit will he bring

25   back up?

James Hadley
July 13, 2017

1    A.   The compressor.  I'm sorry.

2    Q.   He'll bring it back on line?

3    A.   Yes, sir, fire it back up.

4    Q.   Once a month, you guys do tests where you

5    initiate an ESD, and in 2 minutes and 45 seconds test

6    whether or not the compressor shuts down?

7         MR. MARLATT:  Objection, misstates

8    testimony.

9    A.   We do our monthly testing --

10   Q.   (BY MR. J. SHEPPARD)  Uh-huh.

11   A.   -- every month and . . .

12   Q.   And walk me through, if I'm starting an ESD test,

13   what do I actually do?  What do you do?  Are you the one

14   that runs the test?

15   A.   It just depends.  Sometimes I'm in the well bay,

16   sometimes I'm actually the one that's flipping the ESD.

17   Q.   That's what I mean.  Have you ever seen the movie

18   "Crimson Tide"?

19   A.   Huh-uh.

20   Q.   You haven't?  You should watch it.  It's a very

21   good movie.  It's about, you know, nuclear weapons on

22   submarines, and these nuclear weapons have to be initiated

23   and someone has to turn a key in the captain's office as

24   well as turn a key in the weapon's office in order for

25   those weapons to be initiated.

James Hadley
July 13, 2017

100

1      A.   Uh-huh.

2      Q.   So it's the kind of movie that revolves around

3  where is the key and who's doing what.   That's what I'm

4  asking about an ESD.

5           Who does physically what to start the ESD

6  test?

7      A.   An operator.

8      Q.   What does that operator do?

9      A.   He flips a ESD station.

10     Q.   Where is that station located?

11     A.   Got them located all over the platform.

12     Q.   Does an alarm sound when he flips that switch?

13     A.   Yes, sir.

14     Q.   And everyone can hear it because it's that really

15  loud screeching noise?

16     A.   Alarm -- alarm goes off.

17     Q.   What is everyone supposed to do after that switch

18  is flipped?

19     A.   Not everyone does anything.   I mean, it's just a

20  production operations does something.

21     Q.   What do they do?

22     A.   They go to their -- I mean, they're -- when we're

23  doing ours -- monthly testing, everybody's there.   We have

24  them in strategic places to bring -- to monitor and then

25  bring the platform back on line.

James Hadley
July 13, 2017

1       Q.   Okay.   Where are those strategic places?

2       A.   Panels, anything that you have to put in bypass

3   to bring on -- you know, to test or -- or bring it back

4   on.   Monitor, I mean.

5       Q.   Something at the master panel?

6       A.   Yes, sir.

7       Q.   Okay.   If the mechanic's involved -- the

8   mechanic's at the master panel?

9       A.   No, sir.

10      Q.   Sometimes the mechanic's --

11      A.   No, sir.

12      Q.   The mechanic's never at the master panel?

13      A.   Not at the master panel.

14      Q.   Where is --

15      A.   He's at the compressor panel.

16      Q.   That's what I meant.   Excuse me.   I was using the

17   wrong term.

18           During these ESD tests, if the mechanic's

19   involved, he's strategically located at the compressor

20   panel?

21      A.   Yes, sir.

22      Q.   And other people are strategically located other

23   places to watch and monitor?

24      A.   Yes, sir.

25      Q.   During the test, does anyone do anything or do

James Hadley
July 13, 2017

1    they just look at the panels?

2         A.   They wait until, you know, everything shuts down

3    to make sure it shuts down, we go around and check

4    everything, and then we put things back in service and

5    come back on line with it.

6         Q.   Okay.  So someone flips -- flips the ESD switch,

7    this alarm sounds, and the test, if successful, requires a

8    shutdown in 2 minutes and 45 seconds?

9         A.   Yes, sir.

10        Q.   And during that test, the people who are

11   strategically located while this horn is blaring are

12   watching their panels?

13        A.   Yes, sir.

14        Q.   Do they do anything to those panels during that

15   test?  For example, do they have to shut anything down or

16   is it all supposed to happen by itself?

17        A.   It all happens by itself.

18        Q.   Okay.  Okay.

19                  THE VIDEOGRAPHER:  About five minutes left

20   on this tape.

21                  MR. J. SHEPPARD:  Let's take a break.

22                  THE VIDEOGRAPHER:  Going off the record,

23   12:32.

24                  (Short recess.)

25                  THE VIDEOGRAPHER:  Going on record, 1:35.

James Hadley
July 13, 2017

1      Q.  (BY MR. J. SHEPPARD)  Mr. Hadley, we've been

2  discussing the 2-minute, 45 -- 2-minute, 45-second

3  timetable during the ESD testing?

4      A.  (Moving head up and down.)

5      Q.  And the system has been programmed to shut down

6  the compressor after 2 minutes and 45 seconds during an

7  ESD test, correct?

8      A.  Yes, sir.  It shuts down everything.

9      Q.  I was going to ask you that --

10      A.  Sorry.

11      Q.  -- as far as the compressor.

12          What else does it shut down?

13      A.  It shuts down the entire platform, inlet and

14  outlet flows.

15      Q.  What was that last part?

16      A.  Inlet and outlet of the platform, anything coming

17  in, anything going out.

18      Q.  Okay.  So in addition to the compressor, what are

19  the major -- other major components that are shut down?

20      A.  Major components, you said?

21      Q.  Uh-huh.  Generators?

22      A.  I'm sorry?

23      Q.  Generators.

24      A.  Yes, generators.  It shuts down pretty much

25  pipeline pumps, everything.

James Hadley
July 13, 2017

1    Q.   Anything else that you consider major?

2    A.   Shutdown valves.   Every shutdown valve on the

3  platform shuts.

4    Q.   Who has programmed everything to shut down after

5  2 minutes and 45 seconds?

6    A.   Can you ask that -- I mean, if I answer the

7  question like that, it's going -- who has programmed it, I

8  don't -- the way you're asking the question, it's -- it's

9  not -- I can't answer it that way.   Can you ask it a

10  different way?

11    Q.   Sure.   What about the way I asked the question

12  makes it unanswerable?

13    A.   Well, it's -- the ESD is a pneumatic-type deal.

14  Are you asking who put that logic in?

15    Q.   Yes.

16    A.   I have -- I mean, that -- that's been done way

17  before my time.

18    Q.   Okay.   And I was asking who put the logic in,

19  meaning who programmed the system to shut down at that.

20  What does pneumatic mean?

21    A.   That is on the -- you have pneumatic and you

22  have -- it's air operated.

23    Q.   Uh-huh.

24    A.   All right.   You got -- electronics are pneumatic.

25  I don't know the -- do you want to know the definition of

James Hadley
July 13, 2017

```
 1    pneumatic?
 2         Q.   Really just wondering what you meant by it.
 3         A.   That's -- pneumatics is the air -- that's what we
 4    call air -- air-operated side terminology --
 5         Q.   Okay.
 6         A.   -- I guess.
 7         Q.   So the ESD system is air operated?
 8         A.   Yes, sir.
 9         Q.   And you're saying the word "air" like it --
10         A.   Like air compressor.
11         Q.   Air compressor?
12         A.   Yes, sir.
13         Q.   And --
14         A.   Pneumatic -- that's why we call it pneumatic
15    where it's a little easier to judge.
16         Q.   That system, which is operated by air, is set
17    somehow to shut down after 2 minutes and 45 seconds,
18    correct?
19         A.   Yes, sir, you're -- are you -- you're still
20    talking about the instrument -- I mean, you're talking
21    about the ESD station?
22         Q.   Correct.
23         A.   ESD -- yeah.
24         Q.   Okay.  All right.  And the logic come -- that
25    system, is it computer based somehow?
```

James Hadley
July 13, 2017

```
1        A.   No.

2        Q.   Not all -- so it's all air operated --

3        A.   Yeah.

4        Q.   -- is your understanding?

5             But somehow it knows after 2 minutes and 45

6   seconds and it shuts everything down?

7             MR. MARLATT:   Objection, mischaracterizes

8   testimony.

9        A.   I'm not understanding your question the way

10  you're asking.

11       Q.   (BY MR. J. SHEPPARD)  Okay.

12       A.   I mean, we have a master panel that does this.

13       Q.   Uh-huh.

14       A.   I mean, are you -- are you asking me -- I mean, I

15  don't -- if I answer the question the way you're ask --

16  asking it, I don't -- I don't have that answer.

17       Q.   Let me go at it this way.

18       A.   I don't -- I mean, I'm sorry.

19       Q.   Let's use an example.  If I'm going to make

20  popcorn, okay?  Have you ever made popcorn in a microwave?

21       A.   Yes.

22       Q.   And what time do you set it for usually?

23       A.   Whatever it says on the box.

24       Q.   Okay.  I usually did it for about three minutes,

25  okay?
```

James Hadley
July 13, 2017

107

```
 1        A.  Okay.

 2        Q.  And I walk over to the microwave and I put in

 3   three minutes and I hit start --

 4        A.  Right.

 5        Q.  -- right?

 6             And if I were to ask you or myself:  Who put

 7   in the input -- who told the microwave to go on for three

 8   minutes, the answer would be me, John Sheppard, I did --

 9        A.  Right.

10        Q.  -- right?

11             So the ESD system is programmed somehow to

12   shut off after 2 minutes and 45 seconds, correct?

13             MR. BROUSSARD:  Object to the form of the

14   question.

15        A.  Yes, sir.

16        Q.  (BY MR. J. SHEPPARD)  And I'm wondering who --

17   who put that 2 minute and 45 second timetable into this

18   system.

19             MR. BROUSSARD:  Objection --

20             MR. MARLATT:  Objection --

21             MR. BROUSSARD:  -- to the form of the

22   question.

23             MR. MARLATT:  -- asked and answered.

24        A.  I have no idea who put it in there.

25        Q.  (BY MR. J. SHEPPARD)  Okay.  Do you know if it
```

James Hadley
July 13, 2017

108

1    can be changed?

2         A.   Yes, sir, I do.

3         Q.   How do you know that?

4         A.   I've been told it can be adjusted.   I've never

5    done it.

6         Q.   All right.   Who told you it can be adjusted?

7         A.   Linear Controls.

8         Q.   Okay.

9         A.   They -- whoever's -- yeah, Linear Controls.

10        Q.   They're the ones who handle that?

11        A.   Yes, sir.

12        Q.   And Charles Anderson works for Linear Controls?

13        A.   He's electrical -- electrician.

14        Q.   With Linear Controls?

15        A.   Yes, sir.

16        Q.   Okay.   Since the year 2000, has that ESD system

17   been set at 2 minutes and 45 seconds, as far as you know?

18        A.   As far as I know.

19        Q.   Now -- now I'm going to ask kind of a different

20   question, not who actually did it, but who made the

21   decision that the timetable should be 2 minutes and

22   45 seconds.   Do you understand the difference?

23        A.   The government -- I mean, are you asking the

24   question -- can you ask it one more time?

25        Q.   Do you remember my microwave example?

James Hadley
July 13, 2017

109

1      A.   Yeah.  Yes, sir.

2      Q.   And I -- I put three minutes in on the system --

3      A.   Right.

4      Q.   -- and I hit start?

5      A.   Right.

6      Q.   Now, imagine if you told me to put in three

7   minutes.  Are you with me?

8      A.   Yes, sir.

9      Q.   So now my question is about that part.  Who made

10  the decision that the ESD system would shut down after 2

11  minutes and 45 seconds?

12     A.   The government.

13     Q.   All right.  That's your understanding?

14     A.   Yes, sir.

15     Q.   All right.  Remember when I -- going back to

16  Exhibit 2 to your deposition, that's called the compressor

17  panel, right?

18     A.   Yes, sir.

19     Q.   Are any of those switches, as far as you know,

20  programmed to shut down after 2 minutes and 45 seconds

21  when they're triggered?

22          MR. MARLATT:  Objection, form, vague.

23     A.   No.

24     Q.   (BY MR. J. SHEPPARD)  No.

25          So you don't --

James Hadley
July 13, 2017

1      A.  As far --

2      Q.  As far as you know?

3      A.  As far as I know.

4      Q.  Okay.  Do you know if that is possible?  Is it

5  possible to -- for someone to go in and say, This switch

6  right here, if it turns red, I want there to be a shutdown

7  after 2 minutes and 45 seconds.  Do you know if that's

8  possible?

9      A.  I don't know if it's possible.  But, no, sir, I

10 don't think so.

11     Q.  Okay.  Who would that be a question for, Linear

12 Controls?

13     A.  I guess so.

14     Q.  On the master panel, are there any gauges,

15 switches, triggers, whatever, that are programmed to shut

16 down after 2 minutes and 45 seconds?

17     A.  The -- the only thing we got is the ESD side of

18 it.

19     Q.  Uh-huh.

20     A.  It -- it drips out, but it drips out at -- it

21 don't have a switch on it, it just has a palm valve.

22              THE REPORTER:  A what valve?

23              THE WITNESS:  A valve, a palm valve.

24     Q.  (BY MR. J. SHEPPARD)  Does the master panel look

25 different than the compressor panel?

James Hadley
July 13, 2017

1      A.   Yes, sir.

2      Q.   Is it bigger?

3      A.   Yes, sir.

4      Q.   Does it have more gauges?

5      A.   It has more everything.

6      Q.   It has gauges for everything on the platform?

7      A.   Well, you have your different systems, you know,

8  your ESDs, your -- every component, you know, PSLs, all

9  that.

10     Q.   What's PSL?

11     A.   Pressure safety low.

12     Q.   Okay.  At the master panel, there would be gauges

13  and switches for the generators, correct?

14     A.   Yes, sir.

15     Q.   The pump valves?

16     A.   Yes, sir.

17     Q.   Everything?

18     A.   Yes, sir.

19     Q.   Okay.  Does the ESD system, is it labeled with

20  the letters ESD?

21     A.   Yes, sir.

22     Q.   And how many -- how many -- and is that only at

23  the master panel where there is an ESD-labeled area?

24          MR. MARLATT:  Objection, form.  Vague.

25     A.   No.

James Hadley
July 13, 2017

1      Q.  (BY MR. J. SHEPPARD)  Where are the other areas
2   where there are ESD components?
3      A.  They're all over the platform.  You have them all
4   over.
5      Q.  It can be triggered from multiple areas?
6      A.  Right.
7      Q.  Is it with a switch or is it a key?
8      A.  Switch -- or a valve.
9      Q.  It's a valve?
10     A.  On -- open and close.
11     Q.  Is there one here on the compressor panel?
12     A.  Not a ESD.
13     Q.  What is -- is there anything similar to it?
14     A.  Yes, there's two of them, actually (indicating).
15     Q.  What are you pointing to?
16     A.  Three of them.
17            Right here's a valve, a three-way valve.
18     Q.  Uh-huh.
19     A.  And right there.
20     Q.  What do those valves do that you just pointed to?
21     A.  The first one that -- that bypasses your lows,
22   like, they call it a Class C on a panel, all your pressure
23   safety lows.  This one is for the temp scanner, the one on
24   the left that we -- you made me circle and put 1, 2 on.
25     Q.  Uh-huh.

James Hadley
July 13, 2017

113

1      A.   That one bypasses it.

2      Q.   What do those switches do?   I don't get what they

3  bypass.   What do you mean?

4      A.   You -- the -- they're just three-way valves when

5  you -- you -- either on or off, you're in service or in

6  bypass.   When you put it in bypass, it will keep it from

7  shutting -- going into a shutdown sequence.

8      Q.   Okay.   So those -- and I want to -- let's circle

9  those three -- what do you call them, three-way valves?

10     A.   Yes, sir.

11     Q.   And circle them.   And I want you to put a B over

12  them for bypass.

13     A.   (Witness complies.)

14          There's only two of them that bypass

15  anything.   The other one is just check your scavenger air.

16  It just goes over and back.   It don't bypass nothing.

17     Q.   Okay.   Write a B over the ones that bypass.

18     A.   (Witness complies.)

19     Q.   Those switches that you just wrote a B over, they

20  prevent the compressor from shutting down if they are

21  turned?

22     A.   Yes, they -- because I think you kind of -- can

23  you ask that a little different?   Because that's really

24  open-ended right there.

25     Q.   Uh-huh.

James Hadley
July 13, 2017

114

1      A.   If you -- I mean, they have a specific shutdown.
2  If you bypass it, it won't go down on that.
3      Q.   Got it.   That's what I meant.
4      A.   The way -- you know, these two are totally
5  different.   One's temperature and one's pressure.
6      Q.   Okay.   The one that you circled and put a B on on
7  the left side of the page, that's temperature?
8      A.   You're talking about this one -- this one?
9      Q.   Correct.
10     A.   That's pressure.
11     Q.   That's pressure?
12     A.   Yeah.
13     Q.   And the -- the one that you circled and put a B
14  over on the right side of the page is temperature?
15     A.   Temperature.
16     Q.   And if the compressor is on its way to shutting
17  down because of pressure and you turn that valve, that
18  will bypass that and it won't shut down because of
19  pressure?
20     A.   If it's on its way to shutting down, it's going
21  to shut down.
22     Q.   What if --
23     A.   You can't stop it.
24     Q.   What if you turn it right before it starts?
25     A.   You can't stop it once it starts.   I mean, if

James Hadley
July 13, 2017

```
 1   it's at a low pressure, it's going to shut down.
 2        Q.  If you turn it before that shutdown starts, that
 3   will bypass that process?
 4        A.  Right.
 5        Q.  Okay.  So if you get to it quick enough, you can
 6   stop the shutdown?
 7              MR. BROUSSARD:  Object to the form.
 8        A.  I really don't know, because I've never -- I've
 9   never done that.
10        Q.  (BY MR. J. SHEPPARD)  And the other one, the
11   temperature, you can flip that, and if it hasn't started
12   to shut down, you can stop it from shutting down because
13   of temperature, correct?
14        A.  I suppose, yes.
15        Q.  But you have to get to it before it starts that
16   process --
17              MR. BROUSSARD:  Object to the form of the
18   question.
19        Q.  (BY MR. J. SHEPPARD)  -- correct?
20        A.  That's actually -- I mean, I don't know what
21   you're --
22              MS. ASHCRAFT:  Objection, speculation.  He
23   said he didn't know.
24        A.  Can you ask that different --
25        Q.  (BY MR. J. SHEPPARD)  Sure.
```

James Hadley
July 13, 2017

116

```
 1      A.  -- please?
 2      Q.  Sure.  You said earlier that if the shutdown
 3  process has already started, you cannot stop it by turning
 4  these B switches that we've labeled B, correct?
 5      A.  Right.
 6      Q.  All right.  So if you get to these switches
 7  before the shutdown has started, you can bypass the
 8  shutdown, correct?
 9              MR. BROUSSARD:  Object to the form of the
10  question.
11              MS. ASHCRAFT:  Object, mischaracterizes the
12  evidence.  Objection, speculation.
13      A.  No, you can't -- you can't stop this.  I mean,
14  once it started, it stop.
15      Q.  (BY MR. J. SHEPPARD)  I'm saying before it
16  starts, if you get to that switch --
17      A.  You're not going to -- I mean, that's what I'm
18  saying, you're not going to go in there to switch it
19  unless it's started.  I mean, unless you have a problem or
20  you're in there balancing it, you're not going to switch
21  -- flip that switch.
22      Q.  When would you flip that switch?
23      A.  When you're balancing it or if you doing your
24  report and you see a problem --
25      Q.  Uh-huh.
```

James Hadley
July 13, 2017

1      A.   -- you flip the switch, you monitor it, and the

2   mechanic will do his thing.

3      Q.   And you flip the switch to prevent that shutdown

4   process from beginning?

5           MR. BROUSSARD:   Object to the form, asked

6   and answered.

7           MS. ASHCRAFT:   Mischaracterizes the

8   evidence --

9      A.   I don't --

10          MS. ASHCRAFT:   -- speculation.

11     Q.   (BY MR. J. SHEPPARD)  If you don't know, you

12  don't know.

13     A.   I don't know.  I really don't know.

14     Q.   Have you ever flipped those switches?

15     A.   I've flipped those switches.

16     Q.   Why did you flip those switches?

17     A.   To by -- bypass it so I could balance

18  the compressor.

19     Q.   What were you bypassing?

20     A.   The temperature scanner.

21     Q.   Okay.  And bypassing a shutdown?

22          MR. BROUSSARD:   Object to the form.

23          MR. MARLATT:   Object to the form,

24  mischaracterizes the evidence.

25     A.   You have to bypass it to balance it.

James Hadley
July 13, 2017

1        Q.   (BY MR. J. SHEPPARD)  Okay.  If the shutdown has

2    started, flipping that switch will not prevent a

3    shutdown --

4        A.   No.

5        Q.   -- correct?

6        A.   Correct.

7        Q.   Okay.  Are those switches labeled "bypass"?  What

8    are they labeled?

9        A.   They're labeled temperature scanner and low

10   pressure header -- low pressure available gas --

11       Q.   Uh-huh.

12       A.   -- and then you have one below it says in service

13   or bypass on both of them.

14       Q.   Got it.  I've been using the 2 minutes and 45

15   second timetable for a lot of questions, correct?

16       A.   Yes, sir.

17       Q.   I want to make it broader.  I want to ask you if

18   there are any gauges, winky valves, alarms on any of the

19   panels that are timed to shut down after any period of

20   time; not just 2 minutes and 45 seconds, any period of

21   time.

22       A.   The only one I know that's got a timer is the

23   pipeline pump.

24       Q.   Okay.  What's the timer on that one?

25       A.   Two minutes, I believe.

James Hadley
July 13, 2017

119

1      Q.   How does that work?  After 2 minutes if it's not

2   tended to, the pipeline pump will shut down?

3      A.   Yeah.

4      Q.   Yes?

5      A.   It's -- it's only set up on like a low pressure

6   to where if it don't have the correct amount of flow, it

7   will shut down.

8      Q.   Where is the pipeline pump gauge located?

9      A.   At the master panel.

10      Q.   At the master panel?

11      A.   Yes, sir.

12      Q.   Anywhere else?

13      A.   That's it.

14      Q.   Okay.  So if you've got a pipeline pump issue, if

15   it's not addressed in two minutes, the pipeline pump shuts

16   down?

17      A.   Yes, sir.

18      Q.   Does anything else shut down?

19      A.   No, sir.

20      Q.   All right.  Anything else that is timed to do

21   something after a certain amount of time?

22      A.   Not that I know of.

23      Q.   All right.  Does Waukesha-Pearce have a

24   mechanical integrity program?

25      A.   I have no idea.

James Hadley
July 13, 2017

120

```
 1        Q.   Do you know what that is?

 2        A.   No, sir.

 3        Q.   Have you ever seen a document that says, this is

 4   how we're going to take care of the compressor?

 5        A.   No, sir.

 6        Q.   Do you know what I mean?

 7        A.   No, sir.

 8        Q.   You have not seen any document, any policy,

 9   anything put together by Waukesha-Pearce or anyone else

10   saying, this is how we're going to maintain the compressor

11   and here are the standards that we're going to keep the

12   compressor at, anything like that?

13        A.   Nope.

14        Q.   Okay.

15             (Exhibit 3 marked.)

16        Q.   (BY MR. J. SHEPPARD)  I'll show you Exhibit 3 to

17   your deposition.   Have you ever seen this document before?

18        A.   Yeah -- yes.

19        Q.   When did you see this document?

20        A.   The day that it was filled out.

21        Q.   Who filled it out?

22        A.   Marty.

23        Q.   You -- a medic filled this out?

24        A.   Yes, sir.

25        Q.   Okay.  So let's look at this factual description.
```

James Hadley
July 13, 2017

121

```
 1        A.   Uh-huh.

 2        Q.   And did you discuss the injuries Mickey Raicevic

 3   was suffering on December 1st with Marty?

 4                  MS. ASHCRAFT:   Objection --

 5                  MR. MARLATT:   Objection, form.

 6                  MS. ASHCRAFT:   -- mischaracterizes the

 7   evidence.

 8                  THE REPORTER:   Wait.   I'm sorry, I didn't

 9   hear --

10                  MS. ASHCRAFT:   Objection, mischaracterizes

11   the evidence.

12        Q.   (BY MR. J. SHEPPARD)   On December 1st, 2014, you

13   saw this document?

14        A.   Yes.

15        Q.   Who gave you this document?

16        A.   It was e-mailed back to me from the medic.

17        Q.   Marty?

18        A.   Marty.

19        Q.   Did you discuss it with Marty?

20        A.   Marty was at the location when this was -- I

21   mean, he's -- he was the one that filled it out, and then

22   he's the one that done it, not me.

23        Q.   Do you remember what my question was?

24        A.   Nope.

25        Q.   Okay.   Listen to the question.
```

James Hadley
July 13, 2017

1                MR. MARLATT:   Listen to his questions,

2    please.

3        Q.  (BY MR. J. SHEPPARD)  Did you discuss this with

4    Marty?

5        A.  Yes.

6        Q.  All right.  Where did you discuss it with Marty

7    on December 1st, 2014?

8                MR. MARLATT:   Objection, form,

9    mischaracterizes the testimony.

10       A.  We discussed -- in the living quarters, I

11   mean . . .

12       Q.  (BY MR. J. SHEPPARD)  Did he tell you about the

13   things that he wrote here -- in here on the bottom of

14   Exhibit 3 to your deposition?

15       A.  Yes, sir.

16       Q.  What did you say back to Marty?

17       A.  I didn't say nothing back to him, because I

18   was -- when -- when we was -- he was doing this, I was

19   right here.  That's what I'm saying, we discussed it in

20   the living quarter's office, whatever you want to call it,

21   while he was doing this.

22       Q.  Did he have all the information to go in this

23   form or did you give him some of the information?

24       A.  I relayed some of the information, yes, sir.

25       Q.  What information did you relay to Marty?

James Hadley
July 13, 2017

1          A.   I couldn't -- I don't remember what I relayed.   I

2     had a man asking one person a question and then bringing

3     it to me, and I give it to Marty.

4          Q.   Tell me who these men are.   Men asked you a

5     question.   Who's that?

6          A.   Uriah Langston, I believe, was going up and down

7     the stairs trying to help out with the information,

8     because at the time, Mr. Mickey couldn't -- couldn't come

9     down stairs, he couldn't go anywhere.   His back was

10    bothering him or whatever.   So we had to relay

11    information, and that was it.

12         Q.   Okay.   Now, earlier I asked you if you had ever

13    discussed Mickey's injuries with anyone, and you said no.

14    Do you remember that?

15         A.   Yes, sir.

16         Q.   Okay.   So I want to be -- it's kind of an

17    important issue, so I want to be specific.   You did

18    discuss Mickey injuries at least on December 1st, 2014,

19    right?

20              MR. J. SHEPPARD:   Object to the form of the

21    question.

22         A.   I discussed --

23              THE REPORTER:   Please wait.

24              MR. BROUSSARD:   It mischaracterizes the

25    prior question that was asked of the witness.

James Hadley
July 13, 2017

124

1      Q.   (BY MR. J. SHEPPARD)   You can answer.

2      A.   I discussed this right here.

3      Q.   Okay.

4      A.   I didn't discuss any --

5      Q.   So you --

6      A.   -- info.

7      Q.   -- discussed on December 1st, 2014, that Mickey

8  woke up and back was inflamed.   Do you see that?

9           MR. MARLATT:   Objection, form,

10  mischaracterizes the testimony.

11     A.   Yeah.

12     Q.   (BY MR. J. SHEPPARD)   Okay.   Because that's what

13  the words on the page say, "Mickey woke up and back was

14  inflamed," correct?

15     A.   That's what Mickey give to the operator to -- I

16  mean, that's the information he gave.

17     Q.   Okay.   Who did he give that to, Uriah Langston?

18     A.   I -- I can't honestly answer that.   I mean, I

19  don't -- I really don't know if that was me he give that

20  to or what.   I mean, because there's more -- more than one

21  process, you know, when you're filling this out and you

22  got a man sitting there like that waiting on an ERA bird.

23     Q.   Okay.   Yeah, I'm just --

24     A.   You know.

25     Q.   If -- if you can't --

James Hadley
July 13, 2017

125

1       A.   I can't honestly answer it.   I'm sorry.

2       Q.   Mickey could have told you that he woke up and

3   his back was inflamed?

4       A.   Right, he could have.

5       Q.   And he could have told Uriah Langston that he

6   woke up and his back was inflamed?

7       A.   Either -- either way, yes, sir.

8       Q.   And he could have told the medic that he woke up

9   and his back was inflamed?

10      A.   Could have.

11      Q.   Okay.   What we do know, you do remember that you,

12   Uriah Langston, and the medic were involved in gathering

13   information or -- or putting information into this form?

14           MR. MARLATT:   Objection, form,

15   mischaracterizes --

16      Q.   (BY MR. J. SHEPPARD)   Is that fair?

17           MR. MARLATT:   -- the prior testimony.

18      A.   Yeah.

19      Q.   (BY MR. J. SHEPPARD)   Is there anyone else you

20   remember participating in that?

21      A.   No.

22      Q.   Did Mickey ask to be transported off the platform

23   in a boat or vessel?

24      A.   I -- I don't -- I don't think so, no.

25      Q.   Okay.

James Hadley
July 13, 2017

126

1      A.   I don't remember him saying anything about no

2   boat, because he was wanting to get to -- get some relief

3   is what he kept saying.  He couldn't get on our bird is

4   what it was.

5      Q.   If Mickey requested to be taken off by a boat

6   because he didn't want to go into a small helicopter,

7   would that request have been honored?

8           MS. ASHCRAFT:  Objection, speculation.

9      A.   There have been so many different characteristics

10  to go, I couldn't answer that.

11     Q.   (BY MR. J. SHEPPARD)   It might not be honored?

12     A.   Right.

13     Q.   What are some of the reasons why that request

14  would not be honored?

15          MS. ASHCRAFT:  Objection --

16          MR. MARLATT:  Objection --

17          MS. ASHCRAFT:  -- speculation.

18     A.   Sea conditions, wind, weather.  You know.

19     Q.   (BY MR. J. SHEPPARD)  Have you ever denied a

20  request by someone who is injured in the manner in which

21  they want to be evacuated?

22     A.   No.

23     Q.   Do you try to honor those requests?

24     A.   I've never -- never had no situation like that.

25     Q.   Is this -- is Mickey the only person that had to

James Hadley
July 13, 2017

127

```
1    be evacuated from a platform in your career?
2         A.   No.
3         Q.   Who else has had to be evacuated?
4         A.   Myself.
5         Q.   Were you injured?
6         A.   I had kidney -- I had kidney stones.
7         Q.   Okay.  When was that?
8         A.   2001, I believe.
9         Q.   How were you evacuated?
10        A.   Helicopter.
11        Q.   Did you make a recovery?
12        A.   Yes, sir.
13        Q.   Obviously.
14                  Has anyone suffered an injury at the
15   Mp 153 B?
16                  MR. MARLATT:  Objection, form, vague.
17        A.   Can you rephrase -- I mean, can you ask that
18   different?  I mean --
19        Q.   (BY MR. J. SHEPPARD)  What do --
20        A.   -- are you --
21        Q.   -- need me to rephrase on that?
22        A.   I mean, if I say no under my watch or my 14 days
23   I'm out there?  Is that what you're meaning?
24        Q.   I asked ever that you're aware of.
25        A.   Yeah, there's been people got hurt there.
```

James Hadley
July 13, 2017

1        Q.   Who's been injured?

2        A.   I couldn't tell you their names.

3        Q.   You don't remember anyone that was injured out

4   there?

5        A.   Not right here off the top of my head I don't.

6        Q.   When did those injuries occur?

7        A.   Two of them was '97 before I was there.

8        Q.   How --

9        A.   There was just --

10        Q.   -- did you know about them?

11        A.   They was in a report that I read.

12        Q.   When did you read that report?

13        A.   In '98.

14        Q.   Were they killed?

15        A.   Sir?

16        Q.   Were they killed?

17        A.   Yes, sir.

18        Q.   What other injuries are you aware of?

19        A.   None off the top of my head right now.  I can't

20   think of any anyways.

21        Q.   Has anyone been injured on your watch?

22        A.   No, huh-uh.

23        Q.   Back to Exhibit 3 to your deposition, did you

24   review the information that went into this form before it

25   was finalized?

James Hadley
July 13, 2017

1      A.  Yes, sir.

2      Q.  And this is a Fieldwood Energy incident report,

3  correct?

4      A.  Yes, sir.

5      Q.  Did you say "yes, sir"?

6      A.  Yes, sir.

7      Q.  Have you ever seen a copy of your job

8  description?

9      A.  My what now?

10      Q.  Have you ever seen a copy of your job

11  description?

12      A.  My job description.

13      Q.  Do you have a written job description?

14      A.  My -- I'm not understanding what you're asking.

15      Q.  Do you know what a job description is?

16      A.  Yeah, I know --

17      Q.  Okay.  Do you --

18      A.  -- what a job description is.

19      Q.  Do you have a written job description?

20      A.  I think we may be calling -- thinking of two

21  different things.  We have a PIC-type deal.  I mean, it's

22  not called a job description.

23      Q.  Okay.  What's it called?

24      A.  That I -- that I know of.

25      Q.  Okay.  What -- what are you referring to?  What's

James Hadley
July 13, 2017

130

1    it called?

2        A.  Training -- PIC manual.

3        Q.  How big is the manual?

4        A.  (Indicating) yea big.  It's --

5        Q.  Hold up your finger.

6        A.  (Indicating.)

7        Q.  And what's it called, the PIC manual?

8        A.  I don't exactly know the -- I mean, I hadn't -- I

9    don't look at it every day, so . . .

10       Q.  But it tells you what as a PIC you're supposed to

11   do?

12       A.  What -- right, what your job consists of, what

13   you can, you know . . .

14       Q.  Where -- where do you keep that -- is it a

15   binder?

16       A.  Yes.

17       Q.  Where do you keep that?

18       A.  I have one in my locker, and we have it on SEMS.

19       Q.  On S-E-M-S, SEMS?

20       A.  Yes -- yes, sir.

21       Q.  You can access that online?

22       A.  Yes, sir.

23               (Exhibit 4 marked.)

24       Q.  (BY MR. J. SHEPPARD)  I'm going to hand you

25   Exhibit 4 to your deposition.  Have you ever seen that

James Hadley
July 13, 2017

131

1    document before?

2        A.   Yes, sir.

3        Q.   When's the last time you saw this document?

4        A.   It's been a little while.

5        Q.   Two years, five years?

6        A.   Probably two years, three years.  I haven't

7    reviewed it in a while.

8        Q.   Okay.  I want you to take a minute to review this

9    and tell me if there's anything in here that you disagree

10   with that you think that's not in my job description.

11       A.   I made a mistake anyways.  This is -- this is --

12   whenever we hired on with Apache is when we went through

13   the PIC training --

14       Q.   Uh-huh.

15       A.   -- and we haven't been through the PIC training

16   with Fieldwood.

17       Q.   Okay.

18       A.   So this is the -- I don't recall this one until

19   Fieldwood.  As far as the person in charge, operator lead

20   and operator senior, it's been about four or five years

21   since I've looked at this.

22       Q.   Okay.

23       A.   Or whenever I hired on with Fieldwood.

24       Q.   Okay.  Is there anything in here that you

25   disagree with that you say, no, that's not part of my job

James Hadley
July 13, 2017

1    description?

2         A.  I haven't read the whole thing, but if it's in

3    here, it's part of my job description, I guess.

4         Q.  Do you actually ever remember seeing this

5    document?

6         A.  Yep, either this one or something similar.

7         Q.  Okay.

8         A.  I mean . . .

9         Q.  Take your time.  I want you to look at it all and

10   tell me if there's anything in here that you disagree with

11   that is not in your job description.

12        A.  (Witness reading.)

13             Can you repeat your question again?

14        Q.  Is there anything in Exhibit 4 that you disagree

15   with and believe is not part of your job description?

16        A.  No.

17        Q.  Did --

18        A.  I don't disagree --

19        Q.  -- you say no?

20        A.  I don't disagree with --

21        Q.  Stated --

22        A.  I don't see anything I disagree with.

23        Q.  Stated otherwise, everything in Exhibit 4 is part

24   of your job description, correct?

25        A.  Yes, sir.

James Hadley
July 13, 2017

133

```
 1        Q.  All right.
 2                (Exhibit 5 marked.)
 3        Q.  (BY MR. J. SHEPPARD)  Let me hand you Exhibit 5
 4   to your deposition.  Have you seen Exhibit 5 to your
 5   deposition before?
 6        A.  (Moving head up and down.)
 7        Q.  Yes?
 8        A.  Yes, sir, I've seen it.
 9        Q.  What is Exhibit 5 to your deposition?
10        A.  A daily compressor report.
11        Q.  Are there other daily reports that are generated
12   at the platform?
13        A.  Yes, sir.
14        Q.  Is there a daily generator report?
15        A.  No, sir.
16        Q.  Are there any daily reports that look like
17   compressor reports for something else at the platform?
18        A.  No, sir.
19        Q.  What are the other daily reports that are
20   generated that you just referenced?
21        A.  We have a morning report, daily morning report.
22        Q.  What's the daily morning report look like?
23        A.  It just -- it just has your numbers on it, your
24   oil numbers, your gas numbers.
25        Q.  Is it one sheet of paper or multiple?
```

James Hadley
July 13, 2017

134

1    A.  Well, we have three -- three sheets of paper,

2  because we gather the information from A and C and -- and

3  put it on there with B and send it in to the foreman every

4  morning.

5    Q.  Send it in to where?

6    A.  To the foreman, production foreman.

7    Q.  Your production foreman?

8    A.  Yes, sir.

9    Q.  Do you send it?

10   A.  Not every morning, no, sir.

11   Q.  Either you or one of the operators?

12   A.  Yes, sir.

13   Q.  Via e-mail?

14   A.  Yes, sir.

15   Q.  Okay.  And you said for you -- we collect for A,

16  B, and C.  Those are the different platforms?

17   A.  Yes, sir, 65-A and --

18   Q.  Do those reports contain --

19   A.  -- (inaudible).

20        THE REPORTER:  Wait.  I'm sorry.  Repeat

21  those again.

22        THE WITNESS:  65-A and 153-C.

23        THE REPORTER:  Thank you.

24   Q.  (BY MR. J. SHEPPARD)  So the three platforms that

25  go into those morning reports are the 153-B, the 153-C,

James Hadley
July 13, 2017

1  and the 65-A?

2      A.  Yes, sir.

3      Q.  And they contain metrics regarding gas and things

4  like that?

5      A.  Yes, sir.

6      Q.  Do they contain any reference to daily

7  activities?

8          MR. MARLATT:  Objection, form.  Vague.

9      A.  It's got a small, little spot where you put, you

10  know, important downtime or something like that,

11  compressor down, just a small description of it, no daily

12  activity log or anything on it.

13      Q.  (BY MR. J. SHEPPARD)  What other kind of things

14  are in that box, downtime?  What if someone's injured?

15      A.  Excuse me?

16      Q.  What if someone's injured or -- or evacuated?

17  Would that be reflected?

18      A.  I don't believe on that, no.

19      Q.  Okay.  What about if someone observed leaks?

20          MS. ASHCRAFT:  Objection, speculation.

21      A.  No, not on that one.

22      Q.  (BY MR. J. SHEPPARD)  What about -- specific if

23  someone saw the compressor leaking, not necessarily into

24  the Gulf of Mexico either, but leaking or spraying oil,

25  would that be reflected in the morning reports?

James Hadley
July 13, 2017

136

1      A.  No.  No.

2      Q.  Okay.  That kind of information is -- those

3  reports are not designed for that kind of information?

4      A.  Right.

5      Q.  Nothing would prevent you from putting that in,

6  but you can put that in that box?

7      A.  Yeah.

8      Q.  Correct?

9      A.  Yes, sir.

10      Q.  Where -- where are all the reports that evidence

11  of leaks show up in?

12            MR. MARLATT:  Objection, form.  Vague.

13      A.  Can you -- I mean, are you asking about a -- the

14  compressor leak or --

15      Q.  (BY MR. J. SHEPPARD)  For example, there's a spot

16  on these reports for leaks.  Are you aware of -- of that?

17      A.  It's been several years since I've even looked at

18  those.

19      Q.  I'll represent to you there's a spot in Exhibit 5

20  for leaks, okay?

21      A.  Right.  Okay.

22      Q.  And this pertains to the compressor.

23      A.  Right.

24      Q.  I want to talk about other types of leaks.

25      A.  Okay.

James Hadley
July 13, 2017

1      Q.  Are there reports for the platform that reflect

2  other types of leaks?

3      A.  No, not that I know of.  The mechanical group,

4  you know, handles that.  I'm not --

5      Q.  Did you know that -- you don't know that

6  Exhibit 5 has a spot for leaks?

7      A.  Well, I mean, I'm quite sure I did, but I haven't

8  filled this out or even opened it in, you know, several

9  years.

10      Q.  Okay.  And that's why I asked if there are other

11  reports.  For example, is there a daily generator report?

12      A.  No.

13      Q.  Is there a daily pipeline pump --

14      A.  We --

15      Q.  -- report?

16      A.  We do a two-hour round sheet.  That's a -- that's

17  the only other report-type deal that we do.  Every two

18  hours, we go around and -- and check and write down

19  pressures, and if anything's leaking, it's on there.

20      Q.  Okay.  Got it.  Two-hour round sheets?

21      A.  Right.

22      Q.  They're called the round sheets?

23      A.  That's -- yes, sir.

24      Q.  You fill those out?

25      A.  My operators do, yes, sir.

James Hadley
July 13, 2017

138

1       Q.   As well as you?

2       A.   Sir?

3       Q.   Do you do that as well?

4       A.   I have.  Yes, sir.

5       Q.   When's the last time you filled out a daily round

6    sheet?

7       A.   Probably about five months ago.

8       Q.   All right.  How often do you do it personally?

9       A.   Not very often.

10      Q.   Like, every five months?

11      A.   No.  I mean, they -- I don't fill the daily round

12   out, but I make my own round, you know.

13      Q.   Do you make notations of your rounds?

14      A.   If I have a problem, yes, sir, I do.

15      Q.   Where do you write those down?

16      A.   E-mail, daily activities, logs.

17      Q.   What's the --

18      A.   Or daily -- daily activity.  I think -- I

19   think -- I think that's it, daily activity report, maybe.

20      Q.   What is a daily activity report?

21      A.   This is where we write our notes on anything

22   important if you've got a leak or something.

23      Q.   So we've got the daily compressor reports, one

24   type of report, correct?

25      A.   Uh-huh.

James Hadley
July 13, 2017

139

1      Q.  We have the daily activity report --

2      A.  Yes, sir.

3      Q.  -- another type, correct?

4      A.  Yes, sir.

5      Q.  We have the daily rounds, another type of report?

6      A.  No, it's a two-hour round.

7      Q.  Two-hour round?

8      A.  Yes.

9      Q.  Different type of report --

10     A.  Right.

11     Q.  -- correct?

12         Are the daily rounds handwritten?

13     A.  Yes, sir.

14     Q.  Do they then get inputted into the computer?

15     A.  Wait a minute.  I think I misunderstood you.  Are

16 you talking about the two-hour rounds or the daily --

17     Q.  Two-hour --

18     A.  -- activity?

19     Q.  Two-hour rounds.

20     A.  They're never put in the computer.

21     Q.  Okay.  They're handwritten?

22     A.  Handwritten.  That is -- our production

23 operations own -- I mean, we don't -- it's not required by

24 the company.

25     Q.  Where do they keep those?

James Hadley
July 13, 2017

140

1      A.  We keep them in the office for our hitch, and

2  then they pretty much either store it in the trash can or

3  they put it in a -- in a file.

4      Q.  Okay.  What file?

5      A.  The filing cabinet in the office.

6      Q.  Okay.  Have there ever been leaks at the

7  compressor ever?

8      A.  Oh, yeah.  Yes, sir.

9      Q.  Since 2011, have there been any leaks at the

10  compressor?

11     A.  Yes, sir.

12     Q.  Dozens?

13     A.  I wouldn't be able to say dozens.  I mean, we've

14  had leaks.  You know, it's an -- old equipment.

15     Q.  It's what?

16     A.  Old equipment.

17     Q.  How old is the compressor?

18     A.  I don't know exactly.  I know it was there way

19  before I got there.

20     Q.  40 years old or more?

21     A.  Probably.

22     Q.  In that compressor room, is it just a compressor

23  or is there other machinery in there?

24     A.  There's a air compressor.  That's it.

25     Q.  Okay.  So there's a -- what's the -- so there's a

James Hadley
July 13, 2017

1    air compressor and what else, a gas compressor?

2        A.  Yes, sir.

3        Q.  Okay.  Anything else?

4        A.  No, sir.

5        Q.  Is the only thing that can leak oil in the

6    compressor building the gas compressor?

7        A.  No, sir.

8        Q.  Does the air compressor also run on oil?

9        A.  Yes, sir.

10       Q.  Okay.  Anything else in there that runs on oil

11   that you know of?

12       A.  No, sir.

13       Q.  Okay.  Now, I gotta go back to that part where

14   you told me you never discussed the Raicevic incident,

15   okay?

16       A.  Yes, sir.

17       Q.  You did discuss it on December 1st, 2014,

18   correct?

19            MR. BROUSSARD:  Object to the form of the

20   question.

21       A.  I -- yes, sir.

22       Q.  (BY MR. J. SHEPPARD)  Okay.  Did you remember

23   that during a break or it just came up naturally here?

24            MR. MARLATT:  Object to the --

25            MR. BROUSSARD:  Object to the form --

James Hadley
July 13, 2017

142

```
 1              MR. MARLATT:  -- form of the question,
 2   because your earlier question --
 3              MR. BROUSSARD:  It's argumentative.
 4              MR. MARLATT:  -- your earlier question was
 5   not -- it didn't -- it didn't implicate that conversation.
 6       Q.  (BY MR. J. SHEPPARD)  You can answer.
 7       A.  I don't know how to answer that question.  Can
 8   you redirect -- can you reask that question?
 9       Q.  Okay.  Let me ask you this:  You did discuss
10   Mickey Raicevic's injury on December 1st, 2014 --
11              MS. ASHCRAFT:  Objection --
12       Q.  (BY MR. J. SHEPPARD)  -- correct?
13              MS. ASHCRAFT:  -- mischaracterization.
14       A.  I didn't --
15              MR. MARLATT:  Objection, mischaracterizes
16   the evidence.
17       A.  I didn't discuss his injuries.  I discussed his
18   information to get him help --
19       Q.  (BY MR. J. SHEPPARD)  Okay.
20       A.  -- not no injuries.
21       Q.  For his back?
22       A.  For his back.
23       Q.  Okay.  After December 1st, 2014, have you ever
24   discussed Mickey Raicevic's back or the incident since
25   then besides with your lawyer?
```

James Hadley
July 13, 2017

143

1     A.   No.

2     Q.   Okay.   Can we lock that in 100 percent sure?

3     A.   Yes, sir, because I haven't talked to nobody

4  about anybody, I mean, about nothing.

5     Q.   All right.   Okay.   So the only day that you're

6  discussing Mickey Raicevic and his back and what did or

7  did not happen on December 1st, 2014, was December 1st,

8  2014, fair, with -- with the exception of your lawyers?

9     A.   Yes.

10    Q.   All right.   What is Fieldwood's policy for when

11 compressor shutdowns need to be recorded?

12    A.   I'm not understanding your question.

13    Q.   Actually, I need your help with some terminology

14 here.   Is a shutdown different than a shut-in?

15    A.   You got your component shutdown, you know, where

16 the compressor just shuts down on its own --

17    Q.   Uh-huh.

18    A.   -- or, you know, has a problem and it shuts down,

19 or you have a production -- LP separator shuts it.   You

20 know what I'm saying?   It's --

21    Q.   Uh-huh.

22    A.   -- two different type, process shut-in same --

23    Q.   Okay.

24    A.   Is that the question?

25    Q.   Yeah.   What's something that can shut down the

James Hadley
July 13, 2017

1    production but not the compressor?

2         A.  The test separator.

3         Q.  Test separator?

4         A.  Yes, sir.

5         Q.  Okay.  Let's say the test separator shuts down,

6    okay?

7         A.  Uh-huh.

8         Q.  With me?

9         A.  Yes, sir.

10        Q.  Production will stop, correct?

11        A.  Not for everything.

12        Q.  Not for everything?

13            What does it continue for?

14        A.  Everything but the well that's in test.

15        Q.  How many wells are there?

16        A.  We got nine now.

17        Q.  All on that platform?

18        A.  Yeah.

19        Q.  I didn't know that.  Okay.

20            And does each have its own test separator?

21        A.  No, sir.

22        Q.  Okay.  But that can affect just one well.  Okay.

23    The others will go on.

24            If the compressor shuts down, will all nine

25    wells stop producing?

James Hadley
July 13, 2017

1        A.   Yes, sir.

2        Q.   You need the compressor to do production?

3        A.   Yes, sir.

4        Q.   And it affects all nine wells at the Mp 153 B?

5        A.   Yes, sir.

6        Q.   Got it.   What -- if the compressor shuts down for

7   one minute, does that need to be recorded and documented

8   at Fieldwood?

9        A.   No.

10       Q.   What's the time that a compressor needs to be

11  shut down before it must be recorded?

12       A.   If we shut down, we call our foreman and tell

13  him, hey, look, we shut down.   This is what happened.

14  This is what we done.   We're back online.   No matter what

15  the time frame is, if it's ten minutes.

16            Now, a minute -- if it goes down -- if I

17  cause it to go down because I've done something, you know,

18  we break and brought back up, we don't have to report

19  that.   But if it's down for -- if it's going to be down

20  for a good -- you know, a little while, we report it to

21  our foreman.

22       Q.   I'm talking about documented in writing.   Did you

23  see this --

24       A.   Oh, morning --

25       Q.   -- compressor report?

James Hadley
July 13, 2017

146

1      A.   Morning report.

2      Q.   Okay.  You see this compressor report, Exhibit 5?

3      A.   Yes, sir.

4      Q.   And you see there's that second section that

5  says, "Daily compressor run hours, run time downtime"?

6      A.   Yes, sir.

7      Q.   If it's down for half an hour, does that need to

8  be reflected on this form?

9      A.   It goes in hours on our morning report.  On this,

10  I'm not 100 percent sure.  I haven't filled it out in so

11  long that I'd be telling you something that I can't --

12      Q.   You don't know --

13      A.   No.

14      Q.   -- how long the compressor has to be down before

15  it is reflected on Exhibit 5?

16      A.   I didn't say that.  What I'm saying is you said

17  30 minutes or whatever.

18      Q.   Okay.

19      A.   I don't --

20      Q.   Since --

21      A.   -- know if you can report it in -- in 30 minutes.

22  It may be in hours.

23      Q.   Okay.

24      A.   You know what I'm saying?

25      Q.   Since you corrected me, tell me how long the

James Hadley
July 13, 2017

147

1   compressor needs to be down before it needs to be

2   reflected on this form.

3        A.   If it's down any time, it goes on the -- it's --

4   it's reflected.

5        Q.   Okay.   If it's down for one minute, Exhibit 5

6   will reflect that, correct?

7              MS. ASHCRAFT:   Objection, asked and

8   answered.

9        A.   No.

10       Q.   (BY MR. J. SHEPPARD)  You're saying no.   I'm

11   having a hard time figuring out what you're saying,

12   because I thought you just said if it's down -- I thought

13   you just said if it's down for any time, it will be

14   reflected on Exhibit 5.  And then I said, okay, so if it's

15   down for one minute, it will be reflected on Exhibit 5,

16   and you said no.  So help me understand.

17       A.   Ask -- can you ask me the question --

18       Q.   Sure.

19       A.   -- one more time so I can --

20       Q.   Sure.

21       A.   -- hear it?

22       Q.   How much time does a compressor have to be down

23   before it is reflected on this form, Exhibit 5 to your

24   deposition?

25       A.   One hour.

James Hadley
July 13, 2017

1    Q.   If it's less than one hour, does the downtime

2    need to be reflected on Exhibit 5?

3    A.   It's -- no.

4    Q.   Okay.   You said that in your morning report, all

5    downtimes will be reflected; is that true?

6    A.   No, it's one hour -- it's actually 30 minutes on

7    the morning report, because you can go in 23.5.   This one,

8    I'm not sure about the --

9    Q.   Okay.

10   A.   -- the points.   I know one hour is whenever

11   everything is reported.

12   Q.   On the morning report, you're saying it goes in

13   half-hour increments?

14   A.   It can.

15   Q.   It can?

16   A.   Yes.

17   Q.   But someone actually goes into that morning

18   report and types how long it was up or down --

19   A.   Yes, sir.

20   Q.   -- for, correct?

21   A.   Yes, sir.

22   Q.   It's not reading that information from a

23   computer?

24   A.   No, sir.

25   Q.   So it's a person makes a decision to reflect

James Hadley
July 13, 2017

```
 1    downtime based on the half-hour increments?
 2         A.  Yes, sir.
 3         Q.  All right.  How long after a compressor goes down
 4    can it be brought back up?
 5         A.  Depends on what it went down on.
 6         Q.  Okay.  What about after an ESD?
 7         A.  It would take a little while, about -- about an
 8    hour downtime.
 9         Q.  More than an hour or less than an hour?
10         A.  An hour.
11              MR. MARLATT:  Objection, asked and answered.
12         Q.  (BY MR. J. SHEPPARD)  One hour?
13         A.  One hour.
14         Q.  Okay.  What's the shortest amount of time a
15    compressor can be down and brought back up?
16              MR. MARLATT:  Objection --
17         A.  I have --
18              MR. MARLATT:  -- confusing.
19         A.  -- no idea.  I really don't.
20         Q.  (BY MR. J. SHEPPARD)  Has it ever happened in
21    five minutes?
22         A.  It depends on how -- what it -- what it goes down
23    on is -- is what I'm referring to.
24         Q.  And I'm giving you full flexibility for any
25    reason.  What's the quickest you've ever seen a compressor
```

James Hadley
July 13, 2017

1    brought back up after it's gone down?

2         A.   15 minutes.

3         Q.   That's the quickest you remember --

4         A.   Yes, sir.

5         Q.   -- seeing it?  Okay.

6              Are there any records kept as to when alarms

7    are sounded at the platform?

8         A.   What -- can you rephrase that?  Are you talking

9    about production alarms or are you talking about emergency

10   alarms, abandon platform alarms, or --

11        Q.   Are there any records kept for any alarms?

12        A.   No.

13        Q.   All right.  Because you -- you asked me to

14   clarify as if I thought you were going to say the answer

15   matters.

16        A.   I was just wanting to hear it again.

17              THE REPORTER:  What?

18        A.   I was wanting to hear -- I was -- I was trying to

19   think about it when I was answering it --

20        Q.   (BY MR. J. SHEPPARD)  Okay.

21        A.   -- okay, I mean.

22        Q.   But it doesn't matter, there are no records --

23        A.   There is no --

24        Q.   -- kept for anything?

25              THE REPORTER:  Please wait.

James Hadley
July 13, 2017

151

1       A.   -- records kept for alarms.

2       Q.   (BY MR. J. SHEPPARD)   Let's be clear.   It doesn't

3   matter what type of alarm there is, there are no records

4   kept of that alarm?

5       A.   No, sir.

6       Q.   Where does Fieldwood use oil pads?

7       A.   They use them in the different location,

8   compressor building, generator buildings, pipeline pumps,

9   just anywhere you need them.

10      Q.   What is an oil pad?

11      A.   An oil -- it -- it soaks up oil.

12      Q.   How big is it?

13      A.   It's 12-x-12, maybe.

14      Q.   Inches or feet?

15      A.   Inches.

16      Q.   And you can set them down?

17      A.   Yes, sir.

18      Q.   Who orders oil pads when they're needed?

19      A.   Myself or the lead operator.

20      Q.   How do you order them?   Who do you call or

21   e-mail?

22      A.   The company that we're buying them from.

23      Q.   What company do you buy them from?

24      A.   National Oilwell, Diamond -- or it was Diamond.

25      Q.   NOV?

James Hadley
July 13, 2017

1       A.   Yeah, NOV.

2       Q.   They sell oil pads?

3       A.   Uh-huh.

4       Q.   And Diamond Offshore --

5       A.   Yes, sir.

6       Q.   -- sells oil pads?

7       A.   Uh-huh.

8       Q.   Do they supply other supplies and equipment to

9   the platform?

10      A.   Uh-huh.

11      Q.   Yes?

12      A.   Yes, sir.

13      Q.   Back in 2014, was that also true?

14      A.   I'm sure, yes, sir.

15      Q.   Who's your point of contact over at NOV and

16  Diamond -- and/or Diamond?

17      A.   His -- his name's Eddie's all I know, Eddie.

18      Q.   What's his job; procurement, supply?

19      A.   I guess you call it a salesman.

20      Q.   Okay.

21           MR. J. SHEPPARD:  Let's take five.

22           THE VIDEOGRAPHER:  Going off the record at

23  2:35.

24           (Short recess.)

25           THE VIDEOGRAPHER:  Going on record, 2:43.

James Hadley
July 13, 2017

153

1      Q.   (BY MR. J. SHEPPARD)  Mr. Hadley, in addition to
2  the report, Exhibit 5 to your deposition, and the morning
3  report you referenced, are there any other records kept
4  that reflect when there have been downtimes?
5      A.   No, sir.
6      Q.   Okay.  Who puts in the numbers that make their
7  way into Exhibit 5?
8      A.   One of the operators or the mechanic, whichever
9  one's there.
10     Q.   Because the information in Exhibit 5 is not
11  pulled automatically by computer, correct?
12     A.   No, sir.
13     Q.   A human has to go get it and put it in?
14     A.   Yes, sir.
15     Q.   Where is that information inputted in the
16  platform, in the office?
17     A.   Yes, sir.
18     Q.   Who has access to that office?
19     A.   The operators, mechanic -- everybody on the
20  platform has access to it.
21     Q.   Do you have access to the office?
22     A.   Yes, sir.
23     Q.   What computer do they use?
24     A.   The operator's computer what they call it.
25     Q.   Do you also use that computer?

James Hadley
July 13, 2017

154

```
 1        A.   No, sir.  I have my own computer.

 2        Q.   What program do they go into to put in this

 3   information?

 4        A.   I couldn't tell you what it's called.  It's been

 5   so long since I even accessed it.

 6        Q.   That was going to be my next question.  You can

 7   access that program, correct?

 8        A.   Yeah, I probably could if I -- yes.

 9        Q.   All right.  And it looks like a lot of input.

10   How many hours a day does the operator or mechanic spend

11   putting this information in the computer?

12        A.   Maybe an hour.

13        Q.   Are the numbers in these reports accurate, as far

14   as you know?

15        A.   As far as I know.

16        Q.   I guess with the exception of downtime, for

17   example, if you were down for 45 minutes, this form

18   wouldn't reflect that, correct, because you have to be an

19   hour before it gets reflected?

20             MR. MARLATT:  Objection, asked and answered.

21        A.   Your run time would be off, yeah.

22        Q.   (BY MR. J. SHEPPARD)  Okay.

23        A.   But . . .

24        Q.   Have you ever been convicted of a felony?

25        A.   No, sir.
```

James Hadley
July 13, 2017

1    Q.  Have you ever been convicted of a crime of moral

2  turpitude?

3    A.  What?

4    Q.  Have you ever been -- have you ever been

5  convicted of a crime?

6    A.  No.

7    Q.  Okay.

8          MR. J. SHEPPARD:  Pass the witness.

9          MR. BROUSSARD:  I have just a very brief

10  question for you, sir.

11                    EXAMINATION

12  BY MR. BROUSSARD:

13    Q.  A lot of questions were asked during your

14  deposition -- my name's Hal Broussard.  I represent Island

15  Operating Company -- about alarms and ESDs.

16    A.  Yes, sir.

17    Q.  I want to talk about ESDs.

18    A.  Yes, sir.

19    Q.  An ESD test such as you were referring to is a

20  test that is designed to make the platform shut in?

21    A.  Yes, sir.

22    Q.  You want to shut everything down on that

23  platform.  That's your goal.  That's -- that's when you --

24  when you push the ESD, that's what you want to do, you

25  want to --

James Hadley
July 13, 2017

 1       A.   Yes, sir.

 2       Q.   -- shut everything down, correct?

 3       A.   Yes, sir.

 4       Q.   There is no piece of equipment when you push the

 5  ESD that somebody has to go to to try to stop it from

 6  shutting down?

 7       A.   No, sir.

 8       Q.   Exactly the opposite, you want everything to shut

 9  down?

10       A.   Exactly, yes, sir.

11       Q.   There's no confusion in anybody's mind out there

12  that when you're responding to an alarm, you're doing

13  something different than when you're monitoring something

14  while an ESD test is being done.  Is that --

15              MR. J. SHEPPARD:  Objection --

16       Q.   (BY MR. BROUSSARD)  -- pretty clear to you?

17       A.   Correct.

18              MR. J. SHEPPARD:  Objection, leading.

19       Q.   (BY MR. BROUSSARD)  That's all I have.  Thank

20  you.

21              MS. ASHCRAFT:  No questions.  Thank you very

22  much.

23              MR. MARLATT:  Reserve.

24              THE VIDEOGRAPHER:  Going off record, ending

25  deposition 2:48.

James Hadley
July 13, 2017

157

1           (Proceedings adjourned at 2:48 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

James Hadley
July 13, 2017

158

```
 1                 REPORTER'S CERTIFICATION
                 DEPOSITION OF JAMES HADLEY
 2                  TAKEN JULY 13, 2017

 3          I, Rene White Moarefi, Certified Shorthand

 4   Reporter and Notary Public in and for the State of Texas,

 5   hereby certify to the following:

 6          That the witness, JAMES HADLEY, was duly sworn

 7   by the officer and that the transcript of the oral

 8   deposition is a true record of the testimony given by the

 9   witness;

10          That the original deposition was delivered to

11   JOHN D. SHEPPARD, ESQ.;

12          That a copy of this certificate was served on

13   all parties and/or the witness shown herein on

14   _____.

15          I further certify that pursuant to FRCP No.

16   30(f)(i) that the signature of the deponent was not

17   requested by the deponent or a party before the completion

18   of the deposition.

19          I further certify that I am neither counsel for,

20   related to, nor employed by any of the parties in the

21   action in which this proceeding was taken, and further

22   that I am not financially or otherwise interested in the

23   outcome of the action.

24

25
```

James Hadley
July 13, 2017

159

1          Certified to by me this 25th day of July, 2017.

2

3

4          
           _____
           Rene White Moarefi, CSR, CRR, RPR

5          My notary commission expires 10-28-18

6

7          SLS Litigation Services, LLC
           Firm Registration No. 761

8          4008 Louetta Road, Suite 233
           Spring, Texas   77388
           832.998.0015

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25