UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MILORAD RAICEVIC | § § | |
| Plaintiff | § § | CIVIL ACTION NO.: 3:15-cv-327 |
| *Versus* | § § § | |
| WOOD GROUP PSN, INC., ET AL. | § § | TRIAL BY JURY DEMANDED |
| Defendants | § § | |

## NOTICE OF APPEARANCE

Please take notice that Daniel E. Sheppard hereby appears in this case on behalf of Plaintiff Milorad Raicevic as additional counsel.

All filings in this case should be copied on the above counsel, as well as lead counsel for Plaintiff Milorad Raicevic.

Respectfully submitted,

*/s/ Daniel E. Sheppard*
Mr. John Sheppard
Texas Bar No.: 24051331
Fed. Bar No. 635193
jsheppard@morrowsheppard.com
Nicholas A. Morrow
State Bar No. 24051088
Fed. Bar No. 611443
nmorrow@morrowsheppard.com
Daniel E. Sheppard
Texas Bar No.: 24103929
Fed. Bar No.: 3120079

>dsheppard@morrowsheppard.com
>Morrow & Sheppard LLP
>3701 Kirby Drive, Suite 1000
>Houston, Texas 77098
>T: 713-489-1206
>F: 713-893-8370

ADDITIONAL COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2018, I served the foregoing instrument on all counsel of record that are registered through the Courts ECF filing system.

>*/s/Daniel E. Sheppard*
>Daniel E. Sheppard