# Plaintiff's Exhibit No. 66
# No. 3:15-cv-00327

# Rubin S. Bashir, M.D.

**Education:**

| | |
|---|---|
| New York University<br>New York, NY<br>Biology major | 8/1991 – 5/1992 |
| Community College of Philadelphia<br>Philadelphia, PA<br>Continuing education | 9/1992 – 12/1993 |
| Howard University<br>Washington, DC<br>BS, Biology, *cum laude* | 1/1994 – 5/1997 |
| Georgetown University School of Medicine<br>Washington, DC<br>Post-Baccalaureate: Experimental Studies Program | 7/1997 – 6/1998 |
| Georgetown University School of Medicine<br>Washington, DC<br>Degree: M.D. | 8/1998 – 5/2002 |
| University of Pittsburgh Medical Center<br>Pittsburgh, PA<br>Department of Orthopaedic Surgery<br>Director: Vincent F.X. Deeney, MD<br>Chairman: Freddie Fu, MD | 6/2002 – 6/2007 |
| San Francisco Spine Institute<br>San Francisco, CA<br>Fellowship: Comprehensive Spine Surgery<br>Director: Paul Slosar, MD<br>Chairman: James Reynolds, MD | 8/2007 – 8/2008 |

**Board Certification:**

| | |
|---|---|
| Board Certified, American Board of Orthopaedic Surgery | July 2012 |

**Professional Positions**

| | |
|---|---|
| Assistant Professor<br>Baylor College of Medicine<br>Department of Orthopaedics | 10/2010-Present |
| Advanced Orthopaedics & Sports Medicine | 9/2008 – 8/2010 |

EXHIBIT
PX-66

**Hospital Affiliations**

    Baylor-St. Lukes Medical Center
    6720 Bertner Avenue
    Houston, TX 77030

    St. Lukes Sugarland Hospital
    1317 Lake Pointe Parkway
    Sugarland, TX 77478

    Michael E DeBakey VA Medical Center
    2002 holcombe Boulevard
    Houston, TX 77030

    Ben Taub Hospital
    1504 Taub Loop
    Houston, TX 77030

    The Methodist Hospital
    6565 Fannin St
    Houston, TX 77030

    Westside Surgical Hospital
    4200 Twelve Oaks Place
    Houston, TX 77027

    Houston Hospital for Specialized Surgery
    5445 La Branch
    Houston, TX 77004

**Current Licensure:**

    Texas Medical License-Current

**Team sports Appointments:**

    South Allegheny High School Football Team        2003 season

    Assistant Team physician

**Memberships:**

J. Robert Gladden Orthopaedic Society
International Spine Intervention Society
Society of Lateral Access Surgeons
Harris County Medical Society
Texas Medical Association
Alpha Omega Alpha Honor Society
North American Spine Society
American Academy of Orthopaedic Surgery
American College of Spine Surgeons

## OTHER INFORMATION

### Honors and Awards

Golden Key National Honor Society
Beta Kappa Chi Science Honor Society
Dean's Honor Roll, College of Arts and Sciences, Howard University
Howard University Athletic Academic Achievement Award
Howard University Academic Scholarship Recipient
Alpha Omega Alpha Honor Society
Y.C. Chen Tai Academic Scholarship Recipient
J. Robert Gladden Scholarship Recipient, 2007

## ACADEMIC APPOINTMENTS

Assistant Professor of Orthopaedic Surgery
Baylor College of Medicine
October 2010

## RESEARCH INFORMATION

### PUBLISHED RESEARCH

Does Incorrect Level Needle Localization during Anterior Cervical Discectomy and Fusion lead to Accelerated Disc Degeneration?, *Spine Journal* Meeting Abstracts: 2007 - Volume - Issue - ppg 151-152 Investigators: Joon Yung Lee MD, Ahmad Nassr MD, Jeff Rihn MD, Rubin Bashir MD

Does Incorrect Level Needle Localization during Anterior Cervical Discectomy and Fusion lead to Accelerated Disc Degeneration? *Spine Journal*, January 2009, Volume 34, Issue 2, pgs 189-192: Nassr, Ahmad MD; Lee, Joon Y. MD; Bashir, Rubin S. MD; Rihn, Jeffrey A. MD; Eck, Jason C. DO, MS; Kang, James D. MD; Lim, Moe R. MD

**UNPUBLISHED RESEARCH/SCIENTIFIC INVESTIGATIONS**
*Activity of Estrogen Receptors as a function of unexpressed repeats* (unpublished)
Georgetown University School of Medicine   Mary Beth Martin, Phd
May 1999 - Aug1999

*Mechanical Activity of Ventricular Cells* (unpublished)
Alliance for Minority Participation Research
Howard University School of Medicine
Robert Carpentier., M.D. Phd.
Jan 1997 - June 1997

**PRESENTATIONS**
Does Incorrect Level Needle Localization during Anterior Cervical Discectomy and Fusion lead to Accelerated Disc Degeneration? (Best Poster CSRS 2007), Investigators: Rubin Bashir MD.  University of Pittsburgh Research Day. April 2007

Bashir RS,  Steroids in Acute Spinal Cord Injury.  University of Pittsburgh Department of Orthopaedics Surgery Grand Rounds, February 2004

Bashir RS.  Metastatic Disease of the Proximal Femur: Evalutation and Treatment, University of Pittsburgh Department of Orthopaedics Surgery Grand Rounds, October 2004

Bashir RS, Back Pain, What to do?:   Multiple community presentations 2008-2010


**Didactic Teaching**

    Co-Chairman Globus MIS/TLIF Didactic Cadaveric Course
        Houston, TX August 2014
            Essentials of Minimally Invasive Approach

    Faculty American College of Spine Surgery,
        Las Vegas, NV April 2013
            ALIF's…Pro argument
            Lumbar TDR…Pro argument
        Las Vegas, NV May 2014
            ALIF's…Pro's and Cons
        Las Vegas, NV May 2015
            Cervical Trauma…Important Concepts

Monthly Orthopaedic Core lecture, Basics of Orthopaedic Spine
-3rd year medical students

Regular surgical selective medical student supervision

**NON-DIDACTIC TEACHING**
    Orthopaedic Surgery Residents at Baylor College of Medicine including:
        Supervision of Orthopaedic surgery residents and medical students in the operative suite and in patient care situations

**MEDICAL AND SERVICE INFORMATION**

   **PATIENT CARE RESPONSIBILITIES**
     Orthopaedic Spine Practice at the Baylor Clinic and Kelsey-Seybold Clinic.
     Supervision of residents and medical students at:
        Methodist Hospital
        The Michael Debakey Veterans Administration Hospital
        St. Lukes Episcopal Hospital
        Houston Hospital for Specialized Surgery

   **CLINICAL LABORATORY RESPONSIBILITIES**
    N/A


**NATIONAL EDUCATION OR VOLUNTARY HEALTH ORGANIZATION PARTICIPATION**