United States District Court
Southern District of Texas
**ENTERED**
February 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MILORAD RAICEVIC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-327 |
| | § | |
| WOOD GROUP PSN, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons given in the Court's simultaneously issued *Memorandum Opinion and Order*, the Court renders judgment for the defendants in accordance with the jury's verdict. **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 14th day of February, 2019.

George C. Hanks Jr.
United States District Judge