United States District Court
Southern District of Texas
**ENTERED**
February 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MILORAD RAICEVIC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-327 |
| | § | |
| WOOD GROUP PSN, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# AMENDED FINAL JUDGMENT

For the reasons given in the Court's *Memorandum Opinion and Order* (Dkt. 319), the Court renders judgment for the defendants in accordance with the jury's verdict. Judgment is rendered for Defendant Fieldwood Energy, LLC ("Fieldwood") because the plaintiff, Milorad Raicevic, was Fieldwood's borrowed employee. Judgment is rendered for the other defendants because the jury found that those defendants were not negligent. The motion for judgment as a matter of law filed by Fieldwood and Defendants Island Operating Company LLC and Wood Group PSN, Inc. based on the borrowed employee and borrowed co-employee defenses (Dkt. 297) is **DENIED** as moot, as are any other pending motions.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, on February 26, 2019.

George C. Hanks
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE