IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED
January 22, 2020
David J. Bradley, Clerk of Court

No. 19-40580

3:15-cv-327

MILORAD RAICEVIC,

    Plaintiff - Appellant

v.

WOOD GROUP PSN, INCORPORATED; FIELDWOOD ENERGY, L.L.C.; SHAMROCK MANAGEMENT, L.L.C., doing business as Shamrock Energy Solutions; ISLAND OPERATING COMPANY, INCORPORATED,

    Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas

Before SMITH, COSTA, and HO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the unopposed motion of Appellees Wood Group PSN, Incorporated ("Wood Group") and Island Operating Company, Incorporated ("Island Operating"), to dismiss the appeal solely as to Wood Group and Island Operating, is GRANTED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 22, 2020

Mr. David J. Bradley
Southern District of Texas, Galveston
United States District Court
601 Rosenberg
Room 411
Galveston, TX 77550-0000

    No. 19-40580    Milorad Raicevic v. Wood Group PSN,
                               Incorporated, et al
                               USDC No. 3:15-CV-327

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate as to Wood Group, PSN, Incorporated and Island Operating Company, Incorporated ONLY.

The appeal remains open as to Fieldwood Energy, L.L.C. and Shamrock Management, L.L.C.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Christina A. Gardner, Deputy Clerk
                               504-310-7684

cc w/encl:
    Mr. James Denman Bercaw
    Mr. William Joseph Boyce
    Mr. Randy G. Donato
    Mr. Kevin Hampton Dubose
    Mr. Russell Hollenbeck
    Mr. Branch Masterson Sheppard
    Mr. John Denis Sheppard
    Ms. Natasha Taylor